# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC., *et al.*,[1] | Case No. 18-10189 (KG) |
| Debtor. | |
| MICHELLE L. COLE, ANDREA SCARLETT and JESSICA BARAD, on their own behalf and on behalf of all other persons similarly situated, | Adversary Proceeding No. 18-50278 (KG) |
| Plaintiffs, | |
| v. | |
| PATRIOT NATIONAL, INC., *et al.*, | |
| Defendant. | |

## NOTICE OF RESCHEDULED PRETRIAL CONFERENCE

PLEASE TAKE NOTICE that an initial pretrial conference in the above-captioned adversary proceeding was scheduled to be held on May 1, 2018 at 10:00 a.m. before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Courtroom 3, 6th Floor, Wilmington, Delaware 19801. The pretrial conference has been rescheduled for **May 15, 2018 at 2:00 p.m.** at the direction of the Court.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

PHIL1 6933162v.1

DATED: April 10, 2018

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 552-5503
sveghte@klehr.com

-And-

Charles A. Ercole, Esquire (*Pro Hac Vice* to be Filed)
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-4282
Email: cercole@klehr.com

*Attorneys for Class Plaintiffs and the Putative Class*