# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PATRIOT NATIONAL, INC., *et al.*,[1] | Case No. 18-10189 (KG) |
| Debtor. | |
| MICHELLE L. COLE, ANDREA SCARLETT and JESSICA BARAD, on their own behalf and on behalf of all other persons similarly situated, | Adversary Proceeding No. 18-50278 (KG) |
| Plaintiffs, | |
| v. | |
| PATRIOT NATIONAL, INC., | |
| Defendant. | |

## CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER

The undersigned hereby certifies that on February 1, 2018, plaintiffs Michelle L. Cole, Andrea Scarlett and Jessica Barad, on their own behalf and on behalf of all other persons similarly situated ("Plaintiffs") commenced the above captioned adversary proceeding (the "Adversary Proceeding"). On March 30, 2018, defendant Patriot National, Inc. ("Defendant") filed an answer to the complaint.

The undersigned further certifies that the Plaintiffs and Defendant have conferred with

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC

respect to a scheduling order for the Adversary Proceeding. The Plaintiffs and Defendant have agreed to a proposed scheduling order in the form attached hereto as **Exhibit A**. The parties are available at the Court's convenience should the Court have any questions with respect to the proposed form of order.

WHEREFORE, Plaintiff respectfully requests that Court enter the proposed scheduling order attached hereto as **Exhibit A** at its earliest convenience.

DATED: May 14, 2018                **KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Sally E. Veghte*
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 552-5503
sveghte@klehr.com

*Attorneys for Class Plaintiffs and the Putative Class*

---

(6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.