IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PATRIOT NATIONAL, INC., *et al.* | : | Case No.  18-10189 (KG) |
| | : | |
| Debtors | : | |
| | : | |
| MICHELLE L. COLE *et al.* | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Adv. Pro. No. 18-50278 (KG) |
| | : | |
| PATRIOT NATIONAL, INC. | : | |
| | : | **Related to Dkt. No. 21, 26** |
| Defendant | : | |

**ORDER APPROVING STIPULATION EXTENDING
TIME TO COMPLETE MEDIATION**

WHEREAS, on October 10, 2018, the Court entered the Amended Order Assigning Adversary Proceeding to Mediation and Appointing Mediator [Docket No. 21] appointing John D. McLaughlin, Jr. as the Mediator and providing, *inter alia*, that the mediator must file a completion report or a status report with the Court no later than December 10, 2018, and

WHEREAS the mediator convened pre-mediation conference calls with the parties on October 23, 2018 and November 20, 2018, and

WHEREAS during the conference call on October 23, 2018 the mediator and the parties discussed the need for the production of additional information to facilitate mediation, and

WHEREAS a mediation session has been set for Tuesday, December 18, 2018,

WHEREAS the parties have entered into a *Stipulation to Extend the Time to Complete Mediation* (the Stipulation")[Docket No. 26, Exhibit A];

NOW THEREFORE, with the consent of the mediator and the parties, it is

**ORDERED** that the Stipulation is **APPROVED** and the mediator's deadline to file his completion report is extended to **February 10, 2019**, without prejudice to seek further extensions as facts may warrant.

IT IS SO ORDERED.

**Dated: November 30th, 2018**  
**Wilmington, Delaware**

**KEVIN GROSS**  
**UNITED STATES BANKRUPTCY JUDGE**