# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> PATRIOT NATIONAL, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> **Re: Docket No. 2** |
| *In re* <br><br> PATRIOT SERVICES, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10190 (KG) |
| *In re* <br><br> TRIGEN INSURANCE SOLUTIONS, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10191 (KG) |
| *In re* <br><br> PATRIOT CAPTIVE MANAGEMENT, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10192 (KG) |
| *In re* <br><br> PATRIOT UNDERWRITERS, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10193 (KG) |
| *In re* <br><br> TRIGEN HOSPITALITY GROUP, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10194 (KG) |

| | |
|---|---|
| *In re*<br><br>PATRIOT RISK CONSULTANTS, LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 18-10195 (KG) |
| *In re*<br><br>PATRIOT AUDIT SERVICES, LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 18-10196 (KG) |
| *In re*<br><br>PATRIOT CLAIM SERVICES, INC.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 18-10197 (KG) |
| *In re*<br><br>PATRIOT RISK SERVICES, INC.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 18-10198 (KG) |
| *In re*<br><br>CORPORATE CLAIMS MANAGEMENT, INC.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 18-10199 (KG) |
| *In re*<br><br>CWIBENEFITS, INC.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 18-10200 (KG) |

DOCS_DE:217631.3 69353/002

| | |
|---|---|
| *In re*<br><br>FORZA LIEN, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-10201 (KG) |
| *In re*<br><br>CONTEGO INVESTIGATIVE SERVICES, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-10202 (KG) |
| *In re*<br><br>CONTEGO SERVICES GROUP, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-10203 (KG) |
| *In re*<br><br>PATRIOT CARE MANAGEMENT, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-10204 (KG) |
| *In re*<br><br>RADAR POST-CLOSING HOLDING COMPANY, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-10205 (KG) |
| *In re*<br><br>PATRIOT TECHNOLOGY SOLUTIONS, LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 18-10206 (KG) |

DOCS_DE:217631.3 69353/002

| | |
|---|---|
| *In re* <br><br> DECISION UR, LLC, <br><br>               Debtor. | Chapter 11 <br><br> Case No. 18-10207 (KG) |

**ORDER PURSUANT TO 11 U.S.C. § 105(a), FED. R. BANKR. P. 1015(b) AND LOCAL RULE 1015-1 DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rule 1015-1, directing the joint administration of the Debtors' related chapter 11 cases (the "Chapter 11 Cases"); and upon consideration of the *Declaration of James S. Feltman, Chief Restructuring Officer of Patriot National, Inc., in Support of First Day Relief*; and upon the statements of counsel in support of the relief requested in the Motion at the hearing before the Court; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion and hearing to consider the relief requested herein (the "Hearing") appearing adequate and appropriate under the circumstances; and this Court having

---

[1] Capitalized terms used, but not otherwise defined, herein shall have those meanings ascribed to them in the Motion.

found that no other or further notice need be provided; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and the relief granted herein being in the best interests of the Debtors, their estates, creditors and all parties in interest; and the Court having held the Hearing with the appearances of interested parties noted in the record of the Hearing; and no objection to the Motion having been filed or made at the Hearing on the Motion; and upon all of the proceedings before the Court and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases shall be jointly administered and consolidated for procedural purposes only.

3. The Clerk of the Court shall maintain one file and one docket for the Chapter 11 Cases, which file and docket shall be the file and docket for the chapter 11 case of Patriot National, Inc., Case No. 18–10189 (KG).

4. The consolidated caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br><br>PATRIOT NATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered) |

* * *

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

5.  The Clerk of the Court shall make a docket entry in each of the Chapter 11 Cases other than Patriot National, Inc. substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the procedural consolidation and joint administration of the chapter 11 cases commenced concurrently by Patriot National, Inc. and the debtors in the above-captioned cases. The docket in the chapter 11 case of Patriot National, Inc., Case No. 18-10189 (KG), should be consulted for all matters affecting this case.

6.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Chapter 11 Cases.

7.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8.  This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: February 1, 2018
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

6

DOCS_DE:217631.3 69353/002