**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 11 |
| **PATRIOT NATIONAL, INC.,** *et al.*,[1] | Case No. 18-10189 (KG) |
| **Debtors.** | (Jointly Administered) |

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTORS' PROPOSED
DISCLOSURE STATEMENT FOR DEBTORS' CHAPTER 11 PLAN**

**TO PARTIES IN INTEREST IN THE CHAPTER 11 CASES
OF PATRIOT NATIONAL, INC. AND ITS AFFILIATES:**

        **PLEASE TAKE NOTICE** that, on January 30, 2018, Patriot National, Inc. ("PNI") and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, "Patriot" or the "Debtors"), filed the Debtors' Chapter 11 Plan, dated January 30, 2018 (as it may be amended, the "Plan"). On January 31, 2018, the Debtors filed the proposed Disclosure Statement for the Debtors' Chapter 11 Plan (as it may be amended, the "Disclosure Statement"), pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

        **PLEASE TAKE FURTHER NOTICE** that:

        1.    A hearing (the "Hearing") will be held before the Honorable Kevin Gross, United States Bankruptcy Judge, on **Thursday, March 8, 2018 at 10:00 a.m. (prevailing Eastern Time)** in Courtroom No. 3 of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, 6th Floor, Wilmington Delaware 19801, or as soon thereafter as counsel can be heard, to consider the entry of an

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

order, among other things, finding that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of the Bankruptcy Code and approving the Disclosure Statement.

2.     The Disclosure Statement and the Plan are on file with the Clerk of the Bankruptcy Court (the "Clerk") and may be examined by interested parties on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which can be found at http://cases.primeclerk.com/patnat and  http://deb.uscourts.gov (a PACER login and password are required to access documents on the Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

3.     Copies of the Disclosure Statement and the Plan may also be examined by interested parties during normal business hours at the office of the Clerk.  Copies of the Disclosure Statement and the Plan may also be obtained by written request to the Debtors' voting agent, Prime Clerk LLC ("Prime Clerk") at the address set forth below:

> Patriot National Ballot Processing
> c/o Prime Clerk LLC
> 830 Third Avenue, 3rd Floor
> New York, New York 10022
> Email:  patnatballots@primeclerk.com

**PRIME CLERK IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

4.     Responses and objections, if any, to the approval of the Disclosure Statement or any of the other relief sought by the Debtors in connection with approval of the Disclosure Statement must (i) be in writing, (ii) state the name and address of the objecting party and the amount and nature of the Claim or Interest of such party, (iii) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be incorporated into the Disclosure Statement to resolve any such objection or response, (iv) conform to the Bankruptcy Rules and the Local Rules, (v) be filed with the Court (contemporaneously with a proof of service) upon the Notice Parties so it is actually received on or before **4:00 p.m. (prevailing Eastern Time) on Thursday, March 1, 2018**.

5.     IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.

6.     Upon approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against the Debtors who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

7.     The Hearing may be adjourned from time to time without further notice to creditors, equity interest holders, or parties in interest other than by an announcement in Bankruptcy Court of such adjournment on the date scheduled for the Hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

Dated: February 1, 2018
          Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
          joneill@pszjlaw.com
          pkeane@pszjlaw.com

     -and-

Kathryn A. Coleman
Christopher Gartman
Dustin P. Smith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
          chris.gartman@hugheshubbard.com
          dustin.smith@hugheshubbard.com

*Proposed Counsel for the Debtors*