# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PATRIOT NATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered)<br><br>**Re: Docket No.: 17** |

Objection Deadline: **March 1, 2018 at 4:00 p.m. (ET)**
Hearing Date: **March 8, 2018 at 10:00 a.m. (ET)**

## NOTICE OF HEARING REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE PROPOSED DISCLOSURE STATEMENT AND FORM AND MANNER OF NOTICE OF DISCLOSURE STATEMENT HEARING, (II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES, (III) SCHEDULING CONFIRMATION HEARING, AND (IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF THE PROPOSED PLAN PURSUANT TO SECTIONS 105, 502, 1125, 1126, AND 1128 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002, 3003, 3017, 3018, 3020 AND 9006 AND LOCAL RULES 2002-1, 3017-1, AND 9006-1

TO: (i) the U.S. Trustee; (ii) counsel for Cerberus Business Finance, LLC, as the administrative agent for the DIP Lenders and for the prepetition secured lenders; (iii) those parties listed on the list of creditors holding the twenty (20) largest unsecured claims against the Debtors (on a consolidated basis), as identified in their chapter 11 petitions, and (iv) all the parties that have requested notice in this proceeding pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on January 31, 2018, the above-captioned

debtors and debtors in possession, (collectively, the "Debtors") filed the *Debtors' Motion for*

*Entry of an Order (I) Approving the Proposed Disclosure Statement and Form and Manner of*

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

*Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code, Bankruptcy Rules 2002, 3003, 3017, 3018, 3020 and 9006 and Local Rules 2002-1, 3017-1, and 9006-1* [Docket No. 17] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that objections and responses to the relief requested in the Motion, if any, must be in writing and filed with the Bankruptcy Court on or before **March 1, 2018 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) Patriot National, Inc., 401 East Las Olas Blvd., Suite 1650, Fort Lauderdale, FL 33301 (Attn: Gex F. Richardson); (ii) proposed counsel to the Debtors, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: Kathryn A. Coleman and Christopher Gartman) (Email: katie.coleman@hugheshubbard.com; chris.gartman@hugheshubbard.com) and Pachulski Stang Ziehl & Jones, 919 North Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones) (Email: ljones@pszjlaw.com); (iii) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Linda Casey) (Email: Linda.Casey@usdoj.gov); (iv) counsel to Cerberus Business Finance, LLC, as Prepetition Agent and DIP Agent.Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022 (Attn: Adam C. Harris and Tae Kim) (Email: adam.harris@srz.com; tae.kim@srz.com) and Landis Rath & Cobb LLP, 919 North Market Street, Suite 1800, Wilmington DE 19801

2

(Attn: Adam G. Landis) (Email: landis@lrclaw.com); and (v) counsel to any statutorily appointed committee in the chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **MARCH 8, 2018, AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: February 6, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>-and-<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>Jacob Gartman<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email: katie.coleman@hugheshubbard.com<br>chris.gartman@hugheshubbard.com<br>jacob.gartman@hugheshubbard.com<br><br>*Proposed Counsel for the Debtors* |

DOCS_DE:217668.1 69353/001