# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> **PATRIOT NATIONAL, INC., *et al.*,**[1] <br> Debtors. | Chapter 11 <br> Case No. 18-10189 (KG) <br> (Jointly Administered) <br> Re: Docket No. *181* |

## ORDER GRANTING MOTION TO SHORTEN TIME FOR DEBTORS' MOTION FOR LEAVE TO FILE LATE REPLY IN FURTHER SUPPORT OF MOTION TO (I) COMPEL MEDIATION OF CLAIMS AGAINST THE DEBTORS' DIRECTORS AND OFFICERS AND (II) TEMPORARILY STAY RELATED LITIGATION PENDING THE OUTCOME OF MEDIATION

Upon consideration of the motion to shorten (the "Motion to Shorten")[2] for an Order pursuant to Del. Bankr. L.R. 9006-1(e) shortening the notice and response deadline on the *Debtors' Motion for Leave to File Late Reply in Further Support of Motion to (I) Compel Mediation of Claims Against the Debtors' Directors and Officers and (II) Temporarily Stay Related to Litigation Pending the Outcome of Mediation* (the "Motion for Leave"), filed by the Debtors; the Court having considered the Motion to Shorten; the Court finding that: (a) the Court has jurisdiction over the Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334; and (b) the Motion to Shorten is with respect to a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

[2] Capitalized terms not defined herein shall have the meaning attributed in the Motion to Shorten.

DOCS_DE:218159.1 69353/002

notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing on the Motion for Leave shall be held on February 28, 2018 at 10:00 a.m. prevailing Eastern Time (the "Hearing").

3. Any objection or response to the Motion for Leave must be made at the Hearing.

4. This Order shall be effective and enforceable immediately upon entry.

5. Immediately after the entry of this Order, the Debtors shall serve a copy of this Order and a notice for the Hearing on the Motion for Leave on the Notice Parties in the manner described in the Motion to Shorten.

Dated: February 21, 2018

The Honorable Kevin Gross
United States Bankruptcy Judge