# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Patriot National, Inc.,** *et al.*<br><br>Debtors. | **Chapter 11**<br><br>**Case No.: 18-10189-KG**<br><br>**(Jointly Administered)** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of William D. Deveau of Connell Foley LLP to represent Aspen Specialty Insurance Company, Inc., in the above-captioned action and any related adversary proceeding.

SNYDER & ASSOCIATES, P.A.

 /s/ Bayard J. Snyder
BAYARD J. SNYDER (D.E. Bar No. 175)
3801 Kennett Pike, Ste., 201, Bldg. C
Wilmington, DE 19807
(302) 657-8300
Bjs1@snyderlaw.pro

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of Bar of the States of New Jersey and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

 /s/ William D. Deveau
William D. Deveau, Esq.
Connell Foley LLP
(201) 521-1000
wdeveau@connellfoley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that Counsel's motion for admission *pro hac vice* is granted.