IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **PATRIOT NATIONAL, INC., *et al.*[1]**, <br><br> Debtors. | Chapter 11 <br><br> Case No.: 18-10189-KG |

**MOTION OF CLASS ACTION PLAINTIFFS' MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES AND APPOINT CLASS COUNSEL**

Aric McIntire and Henry Wasik, each in their individual and representative capacities as more fully set forth below (collectively, the "Class Action Plaintiffs"), hereby respectfully move this Court (the "Motion"), pursuant to Rule 23 of the Federal Rules of Civil Procedure, made applicable to this matter by Rules 7023 and 9014 of the Federal Rules of Bankruptcy Procedure, for entry of an order certifying a class consisting of all purchasers of Patriot National, Inc. common stock from January 15, 2015 to November 22, 2017 (the "Class"), appointing Class Action Plaintiffs as Class representatives, and appointing their counsel, Levi & Korsinsky, LLP and McCarter & English LLP, as class counsel. Class Action Plaintiffs set forth the reasons in support of this Motion in their brief filed together with this Motion.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

1

| | |
|---|---|
| Dated: March 2, 2018 | Respectfully submitted, |
| | **McCARTER & ENGLISH, LLP** |
| OF COUNSEL: | */s/ Andrew Dupre* |
| | Michael P. Kelly (DE ID #2295) |
| LEVI & KORSINSKY, LLP | Andrew Dupre (DE ID #4621) |
| Eduard Korsinsky (ek@zlk.com) | Alexander M. Krischik (DE ID #6233) |
| Amy Miller (amiller@zlk.com) | Renaissance Centre |
| William J. Fields (wfields@zlk.com) | 405 N. King Street, 8th Floor |
| Jonathan Lindenfeld (jlindenfeld@zlk.com) | Wilmington, DE 19801 |
| 30 Broad Street, 24th Floor | (302) 984-6300 (phone) |
| New York, NY 10004 | (302) 984-6399 (fax) |
| (212) 363-7500 (phone) | mkelly@mccarter.com |
| (212) 363-7171 (fax) | adupre@mccarter.com |
| | akrischik@mccarter.com |
| | *Attorneys for Henry Wasik and Aric McIntire* |