# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> **PATRIOT NATIONAL, INC.,** *et al.*,[1] <br> Debtors. | Chapter 11 <br> Case No. 18-10189 (KG) <br> (Jointly Administered) <br> **Re: Docket Nos.: 17, 64, 261** <br> Hearing Date: March 12, 2018 at 1:00 p.m. (ET) |

**NOTICE OF RESCHEDULED HEARING REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE PROPOSED DISCLOSURE STATEMENT AND FORM AND MANNER OF NOTICE OF DISCLOSURE STATEMENT HEARING, (II) ESTABLISHING SOLICITATION AND VOTING PROCEDURES, (III) SCHEDULING CONFIRMATION HEARING, AND (IV) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF THE PROPOSED PLAN PURSUANT TO SECTIONS 105, 502, 1125, 1126, AND 1128 OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2002, 3003, 3017, 3018, 3020 AND 9006 AND LOCAL RULES 2002-1, 3017-1, AND 9006-1**

**PLEASE TAKE NOTICE** that on January 31, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of an Order (I) Approving the Proposed Disclosure Statement and Form and Manner of Notice of Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan Pursuant to Sections 105, 502, 1125, 1126, and 1128 of the Bankruptcy Code, Bankruptcy Rules 2002, 3003, 3017, 3018, 3020 and 9006 and Local*

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

*Rules 2002-1, 3017-1, and 9006-1* (the "Motion") [Docket No. 17] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on February 1, 2018, the Debtors filed and served the *Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement for Debtors' Chapter 11 Plan* [Docket No. 64] indicating that the Bankruptcy Court had scheduled a hearing on the Motion for **March 8, 2018 at 10:00 a.m. (Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** that on March 1, 2018, the Debtors filed the *Amended Disclosure Statement of Patriot National, Inc., and Its Affiliated Debtors* [Docket No. 261].

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the relief requested in the Motion has been rescheduled to **March 12, 2018 at 1:00 p.m. (Eastern time)** before the Honorable Kevin Gross, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

[*remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: March 5, 2018<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>　*/s/ Peter J. Keane*　<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>　　　joneill@pszjlaw.com<br>　　　pkeane@pszjlaw.com<br><br>　-and-<br><br>Kathryn A. Coleman<br>Christopher Gartman<br>Jacob Gartman<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email: katie.coleman@hugheshubbard.com<br>　　　chris.gartman@hugheshubbard.com<br>　　　jacob.gartman@hugheshubbard.com<br><br>*Counsel for the Debtors* |