# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **PATRIOT NATIONAL, INC., *et al.*,**[1] | Case No. 18-10189 (KG) |
| **Debtors.** | (Jointly Administered) |

### NOTICE OF DEADLINE OF APRIL 30, 2018 AT 4:00 P.M. (ET) TO FILE PROOFS OF CLAIM FOR PREPETITION CLAIMS AND 503(b)(9) CLAIMS

PLEASE TAKE NOTICE OF THE FOLLOWING:

On January 30, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Court (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

Under the Bankruptcy Code, the Debtors are granted certain protections against creditors. A creditor is anyone to whom the Debtors owe money or property. Creditors are prohibited from taking any actions to collect money or property from the Debtors. If unauthorized actions are taken by a creditor against any of the Debtors, the Court may penalize that creditor. A creditor who is considering taking action against any of the Debtors, or property of the Debtors, may wish to consult an attorney. The staff of the Clerk of the Court is not permitted to give legal advice.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST A DEBTOR. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

### Prepetition Claim and 503(b)(9) Claim Bar Date

By Order of this Court entered on March 8, 2018 (the "Bar Date Order"), the last date and time for filing proofs of claim against the Debtors for any and all Prepetition Claims (as defined below) and any and all 503(b)(9) Claims (as defined below) is **April 30, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "General Bar Date" and, together with the General Bar

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

Date, the Rejection Bar Date and the Amended Schedule Bar Date,[2] the "Bar Dates") and the bar date applicable to governmental units (as defined in section 101(27) of the Bankruptcy Code), including but not limited to taxing authorities, is **July 30, 2018 at 4:00 p.m. (prevailing Eastern Time)**. The General Bar Date and the procedures set forth below for the filing of proofs of claim apply to all: (i) claims against the Debtors that arose on or before the applicable Petition Date, including but not limited to claims for reclamation of goods delivered to the Debtors within forty-five (45) days prior to the applicable Petition Date (collectively, "Prepetition Claims") and (ii) claims against the Debtors made by sellers of goods for the value of goods received by a debtor in the ordinary course of business within 20 days before the commencement of a case ("503(b)(9) Claims").

You MUST file a proof of claim if you have a claim that arose on or before the applicable Petition Date, and it is not an Excluded Prepetition Claim (as defined below). Acts or omissions of the Debtors that arose on or before the applicable Petition Date may give rise to claims against the Debtors notwithstanding that such claims may not have matured or become fixed or liquidated prior to such date. Under section 101(5) of the Bankruptcy Code as used herein, the word "claim" means (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured, or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. <u>All entities asserting claims against more than one Debtor are required to file a separate proof of claim with respect to each such Debtor.</u>

The General Bar Date applies to all Prepetition Claims and 503(b)(9) Claims, except that the following entities <u>do not</u> need to file proofs of claim:

(a) any entity that has already properly filed with the Claims Docketing Center (as defined below) a proof of claim against one or more of the Debtors for which no other or additional amounts or claims are sought;

(b) any entity (i) whose Prepetition Claim or 503(b)(9) Claim is listed as in the Debtors' schedules of assets and liabilities (the "Schedules") and is not designated as "disputed," "contingent," or "unliquidated", (ii) that agrees with the nature, classification, and amount of such Prepetition Claim or 503(b)(9) Claim set forth in the Schedules and (iii) who does not dispute that its Prepetition Claim or 503(b)(9) Claim is an obligation only of the specific Debtor against which the Prepetition Claim or 503(b)(9) Claim is listed in the Schedules;

(c) any Entity whose Prepetition Claim or 503(b)(9) Claim has been allowed previously by, or paid pursuant to, an order of the Court;

(d) any of the Debtors that hold Prepetition Claim or 503(b)(9) Claim against one or more of the other Debtors;

---

2. As defined in the *Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Proofs of Claim, (II) Approving Proof of Claim Form, Bar Date Notices, and Mailing and Publication Procedures, (III) Implementing Uniform Procedures Regarding 503(b)(9) Claims, and (IV) Providing Certain Supplemental Relief* (D.I. 86), filed on February 7, 2018.

(e) any current or former equity security holder that seeks to assert <u>only</u> stock ownership interests;[3] and

(f) the DIP Agent, DIP Lenders, and the Prepetition Secured Parties.

The foregoing claims are collectively referred to herein as the "Excluded Prepetition Claims."

If you wish to submit a rejection damages claim arising from the Debtors' rejection of an executory contract or unexpired lease during these Chapter 11 Cases, such proof of claim must be filed by the later of (a) the General Bar Date and (b) thirty (30) days after the effective date of rejection of such executory contract or unexpired lease as provided by an order of this Court or pursuant to a notice under procedures approved by this Court (the "<u>Rejection Bar Date</u>"). Any other claims arising before the applicable Petition Date with respect to any leases or contracts of the Debtors must be filed by the General Bar Date.

**EXCEPT WITH RESPECT TO EXCLUDED PREPETITION CLAIMS, ANY ENTITY WHO FAILS TO FILE A PROOF OF CLAIM OR 503(B)(9) CLAIM ON OR BEFORE APRIL 30, 2018 AT 4:00 P.M. (PREVAILING EASTERN TIME), AND, SOLELY WITH RESPECT TO PREPETITION CLAIMS BY GOVERNMENTAL UNITS (AS SUCH TERM IS DEFINED IN SECTION 101(27) OF THE BANKRUPTCY CODE), INCLUDING BUT NOT LIMITED TO TAXING AUTHORITIES, JULY 30, 2018 AT 4:00 P.M. (PREVAILING EASTERN TIME), FOR ANY PREPETITION CLAIMS OR 503(B)(9) CLAIMS THAT SUCH ENTITY HOLDS OR WISHES TO ASSERT AGAINST A DEBTOR, SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH PREPETITION CLAIM.**

### Procedures Generally Applicable to the Filing of Proofs of Claim for Prepetition Claims and/or 503(b)(9) Claims

Except as provided herein, proofs of claim for Prepetition Claims and/or 503(b)(9) Claims must be filed <u>so as to be received</u> on or before **April 30, 2018 at 4:00 p.m. (prevailing Eastern Time)** and, solely with respect to Prepetition Claims by governmental units (as such term is defined in section 101(27) of the Bankruptcy Code), including but not limited to taxing authorities, **July 30, 2018 at 4:00 p.m. (prevailing Eastern Time)**.

A proof of claim for a Prepetition Claim and/or a 503(b)(9) Claim will be deemed timely filed only if the original proof of claim for a Prepetition Claim and/or a 503(b)(9) Claim, as appropriate, is mailed; delivered by hand, courier, or overnight service; or electronically filed so as to be <u>actually received</u> by Prime Clerk LLC ("<u>Prime Clerk</u>"), at the following addresses (the "<u>Claims Docketing Center</u>") on or before the General Bar Date:

| If via First Class Mail, send to: | If via Hand Delivery or Overnight Courier, send to: | If via Electronic Filing, by accessing the E-filing Claims link at: |
|---|---|---|
| Patriot National, Inc. Claims Processing Center c/o Prime Clerk LLC 830 3rd Avenue, 3rd Floor New York, NY 10022 | Patriot National, Inc. Claims Processing Center c/o Prime Clerk LLC 830 3rd Avenue, 3rd Floor New York, NY 10022 | https://cases.primeclerk.com/PatNat/EPOC-Index |

---

3. Any equity security holder claiming damages or asserting causes of action based upon or arising from stock ownership would be required to file a proof of claim by the General Bar Date.

Proofs of claim for Prepetition Claims and/or 503(b)(9) Claims may not be sent by facsimile, telecopy, or electronic means other than outlined above.

The Debtors are enclosing a proof of claim form for use in the Debtors' cases. If your claim is scheduled by the Debtors, the form also sets forth the amount of your claim as scheduled by the Debtors, the specific Debtor against which the claim is scheduled and whether the claim is scheduled as disputed, contingent or unliquidated. You will receive a different proof of claim form for each claim scheduled in your name by the Debtors.

If you file a proof of claim for a Prepetition Claim and/or a 503(b)(9) Claim, your filed proof of claim must (a) be written in the English language, (b) be denominated in lawful currency of the United States, (c) conform substantially with the enclosed proof of claim form,[4] (d) attach copies of any writings upon which your asserted Prepetition Claim or 503(b)(9) Claim is based, and (e) be signed by the claimant or by an authorized agent of the claimant. If a proof of claim form is not enclosed herewith, you may obtain a proof of claim form by written request to Prime Clerk sent to the appropriate address set forth above or at the website maintained for these cases by Prime Clerk at the address https://cases.primeclerk.com/PatNat. Additionally, you may obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, or from certain business supply stores.

You may be listed as the holder of a claim against the Debtors in the Debtors' respective Schedules. To determine if and how you are listed on the Schedules, please refer to and carefully review the Schedules.

Copies of the Schedules and the Bar Date Order are available and may be examined by interested parties (i) at the website maintained for these cases by Prime Clerk at the address https://cases.primeclerk.com/PatNat, (ii) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801 between the hours of 8:00 a.m. and 4:00 p.m. (prevailing Eastern time), or (iii) on the Court's electronic docket of these cases at the address www.deb.uscourts.gov.

If you have any questions regarding the filing, or processing of a proof of claim, please call Prime Clerk at their toll free number 855-631-5360 or their line for international callers +1 347-897-3454 or counsel for the Debtors at (212) 837-6350. YOU SHOULD CONSULT YOUR ATTORNEY REGARDING ANY OTHER INQUIRIES, SUCH AS WHETHER YOU SHOULD FILE A PROOF OF CLAIM. **DO NOT ATTEMPT TO CONTACT THE COURT FOR ADVICE.**

Dated: March 13, 2018
      Wilmington, Delaware

**BY ORDER OF THE UNITED STATES BANKRUPTCY COURT**

---

4. A party who only asserts a Prepetition Claim, such may also be submitted on a form that conforms substantially with the Official Form No. 410.