# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **PATRIOT NATIONAL, INC.,** *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-10189 (KG) <br> (Jointly Administered) <br><br> **Hrg. Date: April 2, 2018 at 10:00 a.m.** <br> **Obj. Deadline: March 28, 2018 at 4:00 p.m.** <br><br> **Related D.I. 355** |

## JOINDER OF CERTAIN FORMER DIRECTORS AND OFFICER IN AND TO MOTION FOR ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT AND/OR ADVANCEMENT OF DEFENSE COSTS UNDER APPLICABLE DIRECTORS AND OFFICERS LIABILITY POLICIES

Quentin P. Smith, Jr., Charles H. Walsh, Michael J. Corey, and Christopher A. Pesch (collectively, the "Former Ds&O"), by and through their undersigned counsel, hereby join in the *Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs under Applicable Directors and Officers Liability Policies* (the "D&O Motion") [D.I. 355], filed by certain current and former members of the board of directors and officers of debtor Patriot National, Inc. ("Patriot"), adopt and assert herein the arguments set forth in the D&O Motion and request, to the extent necessary, that they be accorded and extended the same form of relief sought in the D&O Motion. In support thereof, the Former Ds&O respectfully represent as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

1. As former directors and officer of Patriot, the Former Ds&O are entitled to: (a) indemnification under Article IV Indemnification and Advancement of Expenses of the Amended and Restated By-Laws of Patriot National, Inc., adopted as of January 21, 2015, any and all indemnification agreements between the Former Ds&O and Patriot, and to the fullest extent permitted by law; and (b) all benefits under the Patriot's director and officer insurance programs and insurance policies, for any and all loss and liability suffered and expenses (including attorneys' fees and costs), judgments, fines and amounts paid in settlement actually and reasonably incurred by or on behalf of the Former Ds&O or their heirs, executors or administrators in connection with any threatened, pending or completed action, suit or proceeding (whether brought in the right of Patriot or otherwise), whether civil, criminal, regulatory, administrative or investigative, and whether formal or informal, including any appeals therefrom or other review thereof, by reason of the fact that the Former Ds&O served as former directors and officer of Patriot or by reason of any action alleged to have been taken or omitted in any such capacity.

2. Prior to the commencement of these jointly administered bankruptcy cases, various statutory and common-law claims were made (collectively, the "Lawsuits") or threatened against the Former Ds&O, or may in the future be asserted, including, but not limited to, potential claims by the Litigation Trust as contemplated by the Debtors' proposed chapter 11 plan of reorganization (together with the Lawsuits, the "Claims").[2]

3. The Former Ds&O have denied any liability in connection with the Claims and have been defending the Lawsuits vigorously with the assistance of counsel, and have incurred

---

[2] The Former Ds&O were, and they currently are, defendants in the following Lawsuits: *Hudson Bay Master Fund Ltd. v. Del Pizzo et al.*, Case No. 17-cv-06204 (S.D.N.Y.); *Wasik et al. v. Mariano et al.*, Case No. 12953 (Del. Ch.); *and McIntire et al. v. Mariano et al.*, Case. No. 18-cv-60075 (S.D. Fl.).

and will continue to incur costs in connection with the Claims, such as attorneys' fees and costs, which are subject to reimbursement under the insurance policies.

WHEREFORE, the Former Ds&O respectfully request that the Court (a) approve the relief sought in the D&O Motion, (b) modify the proposed order(s) on the D&O Motion consistent herewith, and (c) grant such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: March 14, 2018<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kara Hammond Coyle*<br>James L. Patton (No. 2202)<br>C. Barr Flinn (No. 4092)<br>Kara Hammond Coyle (No. 4410)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 576-1253<br><br>-and-<br><br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Kandace Watson<br>12275 El Camino Real<br>Suite 200<br>San Diego, CA 92130<br>Telephone: (858) 720-8900<br>Facsimile: (858) 509-3691<br><br>Ori Katz<br>Four Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br><br>*Counsel to Quentin P. Smith, Jr., Charles H. Walsh, and Christopher A. Pesch* |