**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------x
                                                      :
In re:                                                :   Chapter 11
                                                      :
PATRIOT NATIONAL, INC., et al.,¹                      :   Case No. 18-10189 (KG)
                                                      :   (Jointly Administered)
       Debtors.                                       :
                                                      :   Obj. Deadline: April 12, 2018 at 4:00 p.m. (ET)
                                                      :
------------------------------------------------------x
```

**NOTICE OF COMBINED MONTHLY FEE APPLICATION OF
PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS,
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES FOR THE PERIODS FROM (I) JANUARY 30, 2018 THROUGH
JANUARY 31, 2018 AND (II) FEBRUARY 1, 2018 THROUGH FEBRUARY 28, 2018**

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that, in accordance with the *Order Pursuant to Sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 187] (the "**Interim Compensation Order**"), Prime Clerk LLC filed the attached *Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Periods from (i) January 30, 2018 through January 31, 2018 and (ii) February 1, 2018 through February 28, 2018* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that the Application seeks allowance and approval of fees in the aggregate amount of $25,870.50 (of which Prime Clerk LLC seeks payment of 80% or $20,696.40) and reimbursement of expenses in the amount of $20.00.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. {9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services; Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before **April 12, 2018 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by (i) the Notice Parties (as defined in the Interim Compensation Order) and (ii) Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022, Attn: Shira D. Weiner.

**PLEASE TAKE FURTHER NOTICE** that only if an objection is properly and timely made in accordance with the procedures set forth in the Interim Compensation Order will a hearing be held on the Application.

Dated: March 22, 2018
New York, New York

PRIME CLERK LLC

By: */s/ Shira D. Weiner*
Shira D. Weiner
General Counsel
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, New York 10022
Phone: (212) 257-5450
sweiner@primeclerk.com

*Administrative Advisor to the Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                            :
*In re*:                                    :   Chapter 11
                                            :
PATRIOT NATIONAL, INC., *et al.*,[1]        :   Case No. 18-10189 (KG)
                                            :   (Jointly Administered)
           Debtors.                         :
                                            :   **Obj. Deadline: April 12, 2018 at 4:00 p.m. (ET)**
                                            :
---------------------------------------------------------x

### SUMMARY OF COMBINED MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS FROM (I) JANUARY 30, 2018 THROUGH JANUARY 31, 2018 AND (II) FEBRUARY 1, 2018 THROUGH FEBRUARY 28, 2018

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 27, 2018 *nunc pro tunc* to January 30, 2018 |
| Period for which compensation and reimbursement is sought: | (i) January 30, 2018 through January 31, 2018 and (ii) February 1, 2018 through February 28, 2018 (together, the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $25,870.50 (of which Prime Clerk LLC seeks payment of 80% or $20,696.40) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $20.00 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. {9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services; Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

This is a:   X    monthly _____ final application.

The total time expended for the preparation of Prime Clerk LLC's monthly fee application is approximately 3.0 hours.  The corresponding compensation is not included herein but will be requested in a future application.

## Prior Applications

No prior applications have been filed.

### Summary of Hours Billed by Prime Clerk Employees During the Fee Period

| Prime Clerk Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Sharp, David | Director of Solicitation | 1.00 | $210.00 | $210.00 |
| Baer, Herb C | Director | 32.10 | $195.00 | $6,259.50 |
| Brown, Mark M | Solicitation Consultant | 5.50 | $190.00 | $1,045.00 |
| Labissiere, Pierre | Solicitation Consultant | 0.50 | $190.00 | $95.00 |
| McLean, Gabriel A | Solicitation Consultant | 3.30 | $190.00 | $627.00 |
| Taatjes, Hayden S | Solicitation Consultant | 0.50 | $190.00 | $95.00 |
| Bitman, Oleg | Senior Consultant | 58.70 | $165.00 | $9,685.50 |
| Porter, Christine C | Consultant | 36.20 | $140.00 | $5,068.00 |
| Ra, Justin J | Consultant | 1.20 | $140.00 | $168.00 |
| Garraway, Cosmos X | Consultant | 11.90 | $135.00 | $1,606.50 |
| Kounin, Daniel | Consultant | 5.00 | $135.00 | $675.00 |
| Baldeo, Keenan K | Consultant | 3.20 | $105.00 | $336.00 |
| | **Total:** | **159.10** | | **$25,870.50** |
| | **Blended Rate** | | **$162.61** | |

### Summary of Fees Billed by Subject Matter During the Fee Period

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Call Center / Credit Inquiry | 7.30 | $1,387.00 |
| Schedules & SOFAs | 148.30 | $23,798.50 |
| Solicitation | 3.50 | $685.00 |
| | **159.10** | **$25,870.50** |

### Summary of Expenses Incurred During the Fee Period

| Description | Total Expenses Requested |
|---|---|
| Overtime Meals | $20.00 |
| **Total:** | **$20.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :
*In re*:                                                   :   Chapter 11
                                                           :
PATRIOT NATIONAL, INC., *et al.*,[1]                       :   Case No. 18-10189 (KG)
                                                           :   (Jointly Administered)
             Debtors.                                      :
                                                           :   **Obj. Deadline: April 12, 2018 at 4:00 p.m. (ET)**
                                                           :
---------------------------------------------------------- x

**COMBINED MONTHLY FEE APPLICATION OF
PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS,
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES FOR THE PERIODS FROM (I) JANUARY 30, 2018 THROUGH
JANUARY 31, 2018 AND (II) FEBRUARY 1, 2018 THROUGH FEBRUARY 28, 2018**

Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to Patriot National, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this combined monthly fee application (this "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented, the "**Local Bankruptcy Rules**") and the *Order Pursuant to Sections 105(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. {9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services; Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

No. 187] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the periods from (i) January 30, 2018 through January 31, 2018 and (ii) February 1, 2018 through February 28, 2018 ((i) and (ii) together, the "**Fee Period**"). In support of this Application, Prime Clerk respectfully represents as follows:

### Preliminary Statement

1. Pursuant to this Application, Prime Clerk seeks allowance and approval of aggregate fees in the amount of $25,870.50 (of which Prime Clerk seeks payment of 80% or $20,696.40) and reimbursement of expenses in the amount of $20.00.

2. On January 29, 2018, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 186], which authorized the Debtors to retain Prime Clerk as administrative advisor in these chapter 11 cases *nunc pro tunc* to the Petition Date (as defined below). In addition, pursuant to the Interim Compensation Order, the Court authorized Prime Clerk to file this Application for monthly compensation and authorized the Debtors to compensate Prime Clerk in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3. Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Prime Clerk an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in this Application; or (b) 80% of the fees and 100% of the expenses requested in this Application that are not subject to an Objection (as defined in the Interim Compensation Order).

**Jurisdiction**

4.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5.  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.  The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

**Background**

7.  On January 30, 2018 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

**Relief Requested**

8.  By this Application, Prime Clerk requests (a) allowance and approval of aggregate fees in the amount of $25,870.50 (of which Prime Clerk LLC seeks payment of 80% or $20,696.40) on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk, and (b) reimbursement of actual and necessary costs and expenses in the amount of $20.00.

**Compliance with the Interim Compensation Order**

9.  Prime Clerk has prepared this Application in accordance with the procedures set forth in the Interim Compensation Order. During the Fee Period, Prime Clerk professionals billed a total of 159.10 hours for which compensation is requested. Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its professionals and to cover

routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

10. Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

### Summary of Professional Services Rendered

11. The professional services that Prime Clerk rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Call Center / Credit Inquiry

    Fees: $1,387.00; Hours: 7.30

Call Center / Credit Inquiry services provided included: (i) responding to creditor inquiries related to the upcoming solicitation of the Debtors' plan; and (ii) preparing and updating responses to frequently asked questions for use in connection with solicitation inquiries.

- Schedules & SOFAs

    Fees: $23,798.50; Hours: 148.30

Schedules & SOFAs services provided included: (i) conferring and coordinating among the Prime Clerk case team and Debtors' counsel and other professionals regarding the Debtors' schedules of assets and liabilities (the "**Schedules**") and statements of financial affairs (the "**SOFAs**"); (ii) coordinating information for all Schedules and SOFAs; (iii) preparing the SOFAs for all Debtors and Schedules A/B, E/F, G and H for all Debtors; and (iv) reviewing and revising the Schedules and SOFAs.

- Solicitation

    Fees: $685.00; Hours: 3.50

Solicitation services provided included: (i) responding to Debtors' counsel's inquiries related to the upcoming solicitation of the Debtors' plan of reorganization; (ii) reviewing and commenting upon solicitation documents in preparation for upcoming solicitation; and (iii) coordinating among the Prime Clerk case team and Debtors' counsel regarding the solicitation process, the disclosure statement, and related noticing mechanics.

### Summary of Expenses Incurred

12. In rendering the services described herein, Prime Clerk incurred actual and necessary expenses in the aggregate amount of $20.00 during the Fee Period for overtime meals. Attached hereto as **Exhibit B** is a list of expenses incurred by each Prime Clerk employee during the Fee Period.

### Representations and Reservation of Rights

13. The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

14. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. Prime Clerk reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

**Notice**

15.     Prime Clerk has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order.  In light of the nature of the relief requested herein, Prime Clerk respectfully submits that no further notice is necessary.

**Conclusion**

**WHEREFORE**, pursuant to the Interim Compensation Order, Prime Clerk requests: (a) allowance and approval of fees in the aggregate amount of $25,870.50 (of which Prime Clerk LLC seeks payment of 80% or $20,696.40) on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk; and (b) reimbursement of actual and necessary costs and expenses in the amount of $20.00.

Dated:  March 22, 2018
New York, New York

*/s/ Shira D. Weiner*
Shira D. Weiner
General Counsel
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, New York 10022
Phone: (212) 257-5450
Fax: (212) 257-5452
sweiner@primeclerk.com

*Administrative Advisor to the Debtors*

# VERIFICATION

STATE OF NEW YORK      )
                       )   SS:
COUNTY OF NEW YORK     )

I, Shira D. Weiner, after being duly sworn according to law, depose and say:

1. I am the General Counsel of Prime Clerk LLC.

2. I am generally familiar with the work performed on behalf of the Debtors by Prime Clerk professionals.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

_____
Shira D. Weiner

SWORN TO AND SUBSCRIBED before me this 22nd day of March, 2018.

_____
Notary Public

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 20 21

**Exhibit A**

**Fee Detail**



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

## Hourly Fees by Employee through January 2018

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| DS | Sharp, David | DS - Director of Solicitation | 0.80 | $210.00 | $168.00 |
| | | **TOTAL:** | **0.80** | | **$168.00** |

## Hourly Fees by Task Code through January 2018

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| SOLI | Solicitation | 0.80 | $168.00 |
| | **TOTAL:** | **0.80** | **$168.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 01/30/18 | DS | DS | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 0.80 |
| | | | | **Total Hours** | **0.80** |



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

## Hourly Fees by Employee through February 2018

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| KKB | Baldeo, Keenan K | CO - Consultant | 3.20 | $105.00 | $336.00 |
| CXG | Garraway, Cosmos X | CO - Consultant | 11.90 | $135.00 | $1,606.50 |
| DK | Kounin, Daniel | CO - Consultant | 5.00 | $135.00 | $675.00 |
| CHP | Porter, Christine C | CO - Consultant | 36.20 | $140.00 | $5,068.00 |
| JJR | Ra, Justin J | CO - Consultant | 1.20 | $140.00 | $168.00 |
| OB | Bitman, Oleg | SC - Senior Consultant | 58.70 | $165.00 | $9,685.50 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 5.50 | $190.00 | $1,045.00 |
| PL | Labissiere, Pierre | SA - Solicitation Consultant | 0.50 | $190.00 | $95.00 |
| GAAM | McLean, Gabriel A | SA - Solicitation Consultant | 3.30 | $190.00 | $627.00 |
| HST | Taatjes, Hayden S | SA - Solicitation Consultant | 0.50 | $190.00 | $95.00 |
| HCB | Baer, Herb C | DI - Director | 32.10 | $195.00 | $6,259.50 |
| DS | Sharp, David | DS - Director of Solicitation | 0.20 | $210.00 | $42.00 |
| | | **TOTAL:** | **158.30** | | **$25,702.50** |

## Hourly Fees by Task Code through February 2018

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Credit Inquiry | 7.30 | $1,387.00 |
| SOFA | Schedules & SOFA | 148.30 | $23,798.50 |
| SOLI | Solicitation | 2.70 | $517.00 |
| | **TOTAL:** | **158.30** | **$25,702.50** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 02/01/18 | DS | DS | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 0.20 |
| 02/01/18 | MMB | SA | Review correspondence related to upcoming solicitation | Solicitation | 0.10 |
| 02/01/18 | PL | SA | Prepare for and participate in telephone conference with Hughes Hubbard & Reed regarding the disclosure statement and related mechanics | Solicitation | 0.50 |
| 02/05/18 | MMB | SA | Review correspondence related to upcoming solicitation | Solicitation | 0.20 |
| 02/06/18 | MMB | SA | Update FAQ materials for use in connection with solicitation inquiries | Call Center / Credit Inquiry | 2.70 |
| 02/06/18 | MMB | SA | Review correspondence related to upcoming solicitation | Solicitation | 0.20 |
| 02/07/18 | MMB | SA | Review correspondence related to upcoming solicitation | Solicitation | 0.20 |
| 02/07/18 | MMB | SA | Respond to creditor inquiry related to upcoming plan solicitation | Call Center / Credit Inquiry | 0.30 |
| 02/08/18 | MMB | SA | Respond to creditor inquiry related to upcoming plan solicitation | Call Center / Credit Inquiry | 0.20 |
| 02/09/18 | HST | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 0.50 |
| 02/09/18 | OB | SC | Confer and coordinate with case team re SOFA/SOAL | Schedules & SOFA | 0.20 |
| 02/13/18 | HCB | DI | Attend conference with Duff and Phelps regarding upcoming schedule and SOFA preparation (.3); prepare client templates (.3) | Schedules & SOFA | 0.60 |
| 02/13/18 | OB | SC | Coordinate SOFA/SOAL preparation | Schedules & SOFA | 0.70 |
| 02/14/18 | OB | SC | Attend to initial preparation for SOFA/SOAL related tasks | Schedules & SOFA | 0.70 |
| 02/19/18 | MMB | SA | Respond to creditor inquiry related to upcoming plan solicitation | Call Center / Credit Inquiry | 0.10 |
| 02/19/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 0.50 |
| 02/19/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 0.50 |
| 02/20/18 | CHP | CO | Prepare schedule E/F parts 1 and 2 | Schedules & SOFA | 2.40 |
| 02/20/18 | HCB | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 6.30 |
| 02/20/18 | MMB | SA | Respond to creditor inquiry related to upcoming plan solicitation | Call Center / Credit Inquiry | 0.40 |
| 02/20/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 3.90 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| 02/21/18 | CHP | CO | Prepare Schedule G (1.40); Review and revise Schedule E/F (3.1); Review and revise Schedule G (0.9); Confer and correspond with Duffs & Phelps re SOFA preparation (0.2) | Schedules & SOFA | 5.60 |
| 02/21/18 | CXG | CO | Prepare Schedule E/F part 1 | Schedules & SOFA | 0.70 |
| 02/21/18 | CXG | CO | Prepare SOFA Q13, Q14, Q26b, and Q31 | Schedules & SOFA | 2.30 |
| 02/21/18 | DK | CO | Attach coverpages to all SOAL and SOFA (1.0), SOFA P1 Q2 (.3), SOFA P4 Q9 (.7) | Schedules & SOFA | 2.00 |
| 02/21/18 | HCB | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 3.50 |
| 02/21/18 | KKB | CO | Prepare SOFA (Q26a,Q18) | Schedules & SOFA | 0.70 |
| 02/21/18 | MMB | SA | Respond to creditor inquiry related to upcoming plan solicitation | Call Center / Credit Inquiry | 0.30 |
| 02/21/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 7.90 |
| 02/22/18 | CHP | CO | Review and revise Schedule E/F Part 1 (1.3); Review and revise Schedule E/F Part 2 (1.4); Review and revise Schedule G (1.6); Confer and correspond with Duffs & Phelps re Schedule preparation (0.4); Prepare drafts for all debtors (0.9); Review and revise drafts for all debtors (1.9) | Schedules & SOFA | 7.50 |
| 02/22/18 | CXG | CO | Prepare SOFA part 6 question 13, part 7 question 14, part 9 question 17, part 13 question 26b, part 13 question 31 | Schedules & SOFA | 5.10 |
| 02/22/18 | DK | CO | Prepare SOFA P6 Q13 (.2), SOFA P7 Q14 (.8), update attachments for all SOFA (.5) | Schedules & SOFA | 1.50 |
| 02/22/18 | HCB | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 2.60 |
| 02/22/18 | JJR | CO | Prepare all SOFAs | Schedules & SOFA | 1.20 |
| 02/22/18 | KKB | CO | Prepare SOFA (Q17,Q18,Q25,Q26a,Q26b,Q26c,Q26d,Q28,Q29) | Schedules & SOFA | 2.50 |
| 02/22/18 | MMB | SA | Respond to creditor inquiry related to upcoming solicitation | Call Center / Credit Inquiry | 0.40 |
| 02/22/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 8.90 |
| 02/23/18 | CHP | CO | Import Schedule AB Data (0.7); Prepare drafts for client review (1.2); Review and revise drafts for client review (2.1) | Schedules & SOFA | 4.00 |
| 02/23/18 | GAAM | SA | Respond to creditor inquiries related to upcoming solicitation | Call Center / Credit Inquiry | 1.00 |
| 02/23/18 | GAAM | SA | Review solicitation documents in preparation for upcoming solicitation | Solicitation | 0.80 |
| 02/23/18 | HCB | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 5.60 |
| 02/23/18 | MMB | SA | Respond to creditor inquiry related to upcoming solicitation | Call Center / Credit Inquiry | 0.20 |

Patriot National, Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 4

Invoice #: 6635

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| 02/23/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 7.80 |
| 02/24/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 1.40 |
| 02/25/18 | CHP | CO | Review and revise Schedule E/F Part 2 (0.7); Review and revise Schedule G (0.6) | Schedules & SOFA | 1.30 |
| 02/25/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 3.50 |
| 02/26/18 | CHP | CO | Review and revise Schedule AB (1.5); Prepare SOAL drafts for all debtors (3.1); Review and revise SOAL drafts for all debtors (3.7); Review and Revise Schedule EF (1.1) | Schedules & SOFA | 9.40 |
| 02/26/18 | CXG | CO | Prepare SOFA part 2 question 3, part, 2 question 4, and part 13 question 29 | Schedules & SOFA | 2.90 |
| 02/26/18 | GAAM | SA | Respond to creditor inquiry related to upcoming solicitation | Call Center / Credit Inquiry | 0.50 |
| 02/26/18 | HCB | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 5.80 |
| 02/26/18 | MMB | SA | Respond to creditor inquiry related to upcoming solicitation | Call Center / Credit Inquiry | 0.20 |
| 02/26/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 9.60 |
| 02/27/18 | CHP | CO | Review and revise Schedule E/F (2.2); Review and revise Schedule AB Question 77 (1.8); Prepare SOAL drafts for all debtors (0.9); Review and revise SOAL drafts for all debtors (1.1) | Schedules & SOFA | 6.00 |
| 02/27/18 | CXG | CO | Prepare SOFA part 3 question 7 | Schedules & SOFA | 0.90 |
| 02/27/18 | GAAM | SA | Respond to creditor inquiry related to upcoming solicitation | Call Center / Credit Inquiry | 0.50 |
| 02/27/18 | HCB | DI | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 7.70 |
| 02/27/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 10.90 |
| 02/28/18 | DK | CO | Prepare schedule data for system import | Schedules & SOFA | 1.50 |
| 02/28/18 | GAAM | SA | Respond to creditor inquiry related to upcoming solicitation | Call Center / Credit Inquiry | 0.50 |
| 02/28/18 | OB | SC | Review and revise Schedules & SOFA for all debtors | Schedules & SOFA | 2.20 |
| | | | | **Total Hours** | **158.30** |

**Expense Detail**

| Description | Units | Rate | Amount |
|---|---|---|---|

## Expense Detail

| **Description** | **Units** | **Rate** | **Amount** |
|---|---|---|---|
| Overtime Meals | | | $20.00 |
| | | **Total Expenses** | **$20.00** |

## Exhibit B

## Detail of Expenses Incurred by Prime Clerk Employees

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Kounin, Daniel | 2/21/2018 | Overtime Meal | $20.00 |
| **Total** | | | **$20.00** |