# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **PATRIOT NATIONAL, INC., *et al.*,**[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) |

### SUPPLEMENT TO NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (III) VOTING PROCEDURES

**TO PARTIES IN INTEREST IN THE CHAPTER 11 CASES OF PATRIOT NATIONAL, INC. AND ITS AFFILIATED DEBTORS:**

1. On March 14, 2018 the Debtors caused to be mailed the Notice of (I) Approval of Disclosure Statement; (II) Hearing on Confirmation of the Plan and Procedures for Objecting to Confirmation of the Plan; and (III) Voting Procedures (the "Confirmation Hearing Notice").

2. Paragraph 3 of the Confirmaton Hearing Notice is supplemented as follows (supplemental language in bold):

Voting Record Date. Only parties who are eligible to vote and hold Claims against the Debtors as of Monday, March 12, 2018 are entitled to vote on the Plan. **Solely for the purposes of voting, those who hold a claim that (i) is not identified in the Schedules or is identified in the Schedules as "contingent," "unliquidated," or "disputed," (ii) is not asserted in a Proof of Claim that was filed prior to the Voting Record Date, and (iii) is asserted in a Proof of Claim that was timely filed by April 5, 2018 (a "Post Record Date Claim"), shall be treated as having been filed by the Voting Record Date. Solely for parties meeting the criteria set forth in clauses (i), (ii) and (iii) of the immediately preceding sentence, the April 5, 2018 deadline set forth herein supercedes the April 2, 2018 deadline contained in the Order (I) Approving Disclosure Statement and Form and Manner of Notice of Disclosure Statement**

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

**Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Proposed Plan (the "Disclosure Statement Approval Order") [D.I. 381]; provided, that the Debtors reserve the right to serve an objection to, or request for estimation of, any Post Record Date Claim pursuant to the procedures contained in the** Disclosure Statement Approval Order by April 8, 2018.

        3.      Any party in interest wishing to obtain information should contact the Debtors' voting agent, Prime Clerk LLC, by telephone at (855) 631-5360 (Toll-Free) or (347) 897-3454 (if calling from outside the US or Canada) or by email at patnatballots@primeclerk.com, or by accessing the Debtors' website: http://cases.primeclerk.com/patnat or the Bankruptcy Court's website www.deb.uscourts.gov. As previously noted above, a PACER (www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website (http://deb.uscourts.gov). **PRIME CLERK LLC IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

Dated: March 22, 2018
      Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      joneill@pszjlaw.com
      pkeane@pszjlaw.com

   -and-

Kathryn A. Coleman
Christopher Gartman
Dustin P. Smith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
Email: katie.coleman@hugheshubbard.com
      chris.gartman@hugheshubbard.com
      dustin.smith@hugheshubbard.com

*Attorneys for the Debtors and Debtors in Possession*