# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>**PATRIOT NATIONAL, INC., *et al.*,**[1]<br><br>**Debtors.** | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered)<br><br>Re: Docket No. 411 |

## ORDER GRANTING MOTION TO SHORTEN TIME FOR DEBTORS' MOTION FOR AUTHORIZATION TO ENTER INTO A NEW HEADQUARTERS LEASE

Upon consideration of the motion to shorten (the "Motion to Shorten")[2] for an Order pursuant to Del. Bankr. L.R. 9006-1(e) shortening the notice and response deadline on the *Debtors' Motion for Entry of an Order Authorizing (i) Entry into a New Headquarters Lease, (ii) Rejection of Unexpired Headquarters Lease, and (iii) Abandonment of Any Personal Property that Remains at the Leased Premises* (the "Headquarters Motion") solely with respect to the portion of the Headquarters Motion relating to the Debtors' request for authorization to enter into a new headquarters lease; the Court having considered the Motion to Shorten; the Court finding that: (a) the Court has jurisdiction over the Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334; and (b) the Motion to Shorten is with respect to a core proceeding pursuant to 28 U.S.C. §

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

2. Capitalized terms not defined herein shall have the meaning attributed in the Motion to Shorten.

157(b)(2); and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing on the Headquarters Motion (solely with respect to the portion of the Headquarters Motion relating to the Debtors' request for authorization to enter into a new headquarters lease) shall be held on April 2, 2018 at 10:00 a.m. prevailing Eastern Time (the "Hearing").

3. Any objection or response to the Headquarters Motion (solely with respect to the portion of the Headquarters Motion relating to the Debtors' request for authorization to enter into a new headquarters lease) must be filed and served so as to be actually received no later than March 28, 2018 at 12:00 p.m. (prevailing Eastern Time).

4. For the avoidance of doubt, the remainder of the relief sought in the Headquarters Motion (pertaining to the Debtors' requests for authority to reject their current headquarters lease and to abandon any personal property remaining on the leased premises) will be heard at the omnibus hearing scheduled for April 9, 2018 at 10:00 a.m. Objections or responses thereto, if any, must be filed and served no later than April 2, 2018 at 4:00 p.m.

5. This Order shall be effective and enforceable immediately upon entry.

6. Immediately after the entry of this Order, the Debtors shall serve a copy of this Order and a notice for the Hearing on the Notice Parties in the manner described in the Motion to Shorten.

Dated: March 22, 2018

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

2