IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| PATRIOT NATIONAL, INC., *et al.*[1] | ) Case No. 18-10189 (KG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 355** |

## JOINDER OF JOHN R. DEL PIZZO TO MOTION FOR ENTRY OF AN ORDER MODIFYING THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT AND/OR ADVANCEMENT OF DEFENSE COSTS UNDER DIRECTORS AND OFFICERS LIABILITY POLICIES

John R. Del Pizzo, by and through his undersigned counsel, hereby joins in the *Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment and/or Advancement of Defense Costs Under Applicable Directors and Officers Liability Policies* [Docket No. 355] (the "Motion") filed by certain current and former members of the board of directors and officers of debtor Patriot National, Inc. ("Patriot"), and, to the extent necessary, adopts and asserts the arguments set forth in the Motion and requests that he be accorded and extended the same relief sought under the Motion and as may be awarded by the Court. In support thereof, Mr. Del Pizzo respectfully represents as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number (as provided by such entities in their chapter 11 filings herein), are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); Tri Gen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2880); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' business address is 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, FL 33301.

RLF1 19052987v.3

1. As described in more detail in the Motion, the Movants, "on their own behalf, but also for the benefit of all covered D&Os,"[2] *see* Motion at ¶ 2, seek entry of an order generally providing for the following relief: (a) finding that the proceeds from the Policies are not property of Patriot's bankruptcy estate and, therefore, that the automatic stay imposed by section 362(a) of the Bankruptcy Code is not applicable to the Insurers' advancement and/or reimbursement of Defense Costs of the D&Os, in accordance with and subject to the terms and conditions of the Policies; or, in the alternative, (b) finding, to the extent applicable, that the automatic stay imposed by section 362(a) of the Bankruptcy Code is modified as necessary so as to permit the Insurers to make such advancement and/or reimbursement of Defense Costs to the D&Os with respect to the Claims.

2. As a current member of Patriot's board of directors, Mr. Del Pizzo is entitled to: (a) indemnification under Article IV <u>Indemnification and Advancement of Expenses</u> of the Amended and Restated By-Laws of Patriot National, Inc., adopted as of January 21, 2015, to the fullest extent permitted by applicable law; and (b) all benefits under the Debtors' director and officer insurance programs and insurance policies, for any and all loss and liability suffered and expenses (including attorneys' fees and costs), judgments, fines, and amounts paid in settlement actually and reasonably incurred by or on behalf of Mr. Del Pizzo or his heirs, executors, or administrators in connection with any threatened, pending or completed action, suit, or proceeding (whether brought in the right of Patriot or otherwise), whether civil, criminal, regulatory, administrative or investigative, and whether formal or informal, including any appeals therefrom, or other review thereof, by reason of the fact that Mr. Del Pizzo serves as a director of Patriot or by any reason of any action alleged to have been taken or omitted in any

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

such capacity, including, but not limited to, (i) with respect to certain litigations currently pending in which Mr. Del Pizzo has been named as a party by reason of the fact that he is or was a director of Patriot (the "Actions"), and (ii) threatened litigation, or litigation that in the future may be asserted, including, but not limited to, potential claims by the Litigation Trust as contemplated by the Debtors' proposed chapter 11 plan of reorganization (together with the Actions, the "Claims").

3. Mr. Del Pizzo has been defending the Actions vigorously with the assistance of counsel and has incurred, and will continue to incur, costs in connection with the Claims, such as attorneys' fees and costs, which are subject to payment, advancement, and/or reimbursement under all applicable Policies.

4. Accordingly, Mr. Del Pizzo is a "covered D&O[]" as contemplated in the Motion, and, as a result, any relief granted by a Court order approving the Motion (if and when entered) extends to, and includes, Mr. Del Pizzo. However, out of an abundance of caution and to the extent necessary to effectuate such relief, Mr. Del Pizzo requests that any order approving the Motion extend such relief to Mr. Del Pizzo.

3

WHEREFORE, Mr. Del Pizzo respectfully requests that the Court (a) approve the relief sought in the Motion, (b) to the extent necessary, extend such relief to Mr. Del Pizzo, and (c) grant such other and further relief as this Court deems just and proper.

Dated: March 26, 2018
Wilmington, Delaware

*/s/ Marcos A. Ramos*

**RICHARDS, LAYTON & FINGER, P.A.**
Samuel A. Nolen (No. 971)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel to John R. Del Pizzo*