# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PATRIOT NATIONAL, INC., *et al.*<br><br>        Debtors | Case No. 18-10189 (KG)<br><br>Chapter 11<br><br>(Jointly Administered) |

## MOTION TO SHORTEN TIME FOR
## ASPEN SPECIALTY INSURANCE COMPANY'S MOTION
## TO ESTIMATE CLAIM FOR CHAPTER 11 PLAN VOTING PURPOSES

1.      Aspen Specialty Insurance Company ("Aspen"), by and through its co-counsel, Snyder & Associates, P.A. (Bayard J. Snyder, Esq. appearing) and Connell Foley LLP (William D. Deveau, Esq. and Phillip W. Allogramento III, Esq., admitted *pro hac vice*, appearing), bring this Motion to Shorten Time ("Motion to Shorten") for Aspen's Motion to Estimate Claim for Chapter 11 Plan Voting Purposes ("Motion to Estimate Claim"), seeking entry of an Order substantially in the form attached hereto as **Exhibit A** (the "Order"), pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), in the form of the proposed order attached hereto, shortening the notice period on Aspen's Motion to Estimate Claim. In support of this Motion to Shorten, Aspen respectfully states the following:

2.      Aspen seeks entry of an order, substantially in the form attached hereto as **Exhibit A:** (a) shortening the notice period for the Motion to Estimate Claim and requiring parties to raise objections, if any, before or at the hearing (the "Hearing") scheduled for April 9, 2018 at 10:00 a.m. (Eastern time); and (b) granting related relief.

3.      Local Rule 9006-1(c) requires that all motion papers be filed and served at least 18 days (21 days if service is by first class mail; 19 days if service is by overnight delivery) prior

to a hearing date scheduled for such motion, unless approval of shortened notice is granted by the Court pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e). A court may, however, shorten such notice periods pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) for cause shown. Specifically, Bankruptcy Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced." Fed. R. Bankr. P. 9006(c)(1.

4.     Here, shortening time on Aspen's Motion to Estimate Claim is warranted because pursuant to this Court's Order, *inter alia*, Establishing Voting Procedures (Doc. 381), ballots for voting on Debtors' proposed Chapter 11 Plan must be delivered to Prime Clerk by April 13, 2018. Accordingly, in order for Aspen, a significant creditor of the Debtors, to have any meaningful participation in the Chapter 11 process and to vote on the Chapter 11 plan, the Motion to Estimate Claim should be hard prior to April 13, 2018. With a proposed hearing date of April 9, 2018, if the Motion to Estimate Claim is granted, that hearing date should also give Debtors time to amend their voting records and voter roll to be able to properly account for Aspen's vote.

5.     Notice of this Motion to Shorten will be provided via e-mail or overnight mail to the following parties, or their counsel, if known: (i) the U.S. Trustee; (ii) counsel for Cerberus Business, Fiance, LLC., as the administrative agent for the DIP lenders and for the prepetition secured lenders; (iii) the Official Committee of Unsecured Creditors; and (iv) counsel for debtors.

WHEREFORE, Aspen requests the entry of an Order: (a) granting this Motion to Shorten; and (b) granting such other relief as is just and proper.

4459629-1

SNYDER & ASSOCIATES, P.A.

/s/ Bayard J. Snyder_____
Bayard J. Snyder, Esq. (DE Bar No. 175)
3801 Kennett Pike
Suite 201, Building C.
Wilmington, DE 19807

- and -

William D. Deveau, Esq. (*Pro Hac Vice*)
CONNELL FOLEY LLP
Harborside 5
Ste. 2510
Jersey City, NJ 07311

- and -

Jonathan P. McHenry, Esq. (*Pro Hac Vice*)
Philip W. Allogramento III, Esq. (*Pro Hac Vice*)
Robert K. Scheinbaum, Esq. (*Pro Hac Vice*)
J. Christopher Henschel, Esq. (*Pro Hac Vice*)
CONNELL FOLEY LLP
56 Livingston Avenue
Roseland, NJ 07311
*Attorneys for Aspen Specialty Insurance Company*

Dated:  March 26, 2018

4459629-1

EXHIBIT A

Proposed Order

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 18-10189 (KG) |
| PATRIOT NATIONAL, INC., et al. | Chapter 11 |
| Debtors | (Jointly Administered) |

## ORDER GRANTING MOTION TO SHORTEN
## TIME FOR ASPEN TO ESTIMATE CLAIM

Upon consideration of the motion to shorten (the "Motion to Shorten") for an Order pursuant to Del. Bankr. L.R. 9006-1(e) shortening the notice and response deadline on Aspen's Motion to Estimate Claim; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefore; it his hereby ORDERED THAT:

1.      The Motion to Shorten is GRANTED.

2.      A hearing on the Motion to Estimate Claim shall be held on April 9, 2018 at 10:00 a.m. prevailing Eastern Time (the "Hearing").

3.      Any objection or response to the Motion to Estimate Claim must be made by April 3, 2018.

4.      This Order shall be effective and enforceable immediately upon entry.

5.      Immediately after the entry of this Order, Aspen shall serve a copy of this Order and a notice for the Hearing on the Motion for Leave on the Notice Parties in the manner described in the Motion to Shorten.

Dated: _____, 2018          _____

The Honorable Kevin Gross
United States Bankruptcy Judge

5