# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **PATRIOT NATIONAL INC., *et al.*,** [1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-10189 (KG) <br><br> (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION

I, Keenan K. Baldeo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Affidavit of Publication includes sworn statements verifying that (1) the *Notice of Deadline of April 30, 2018 at 4:00 p.m. (ET) to File Proofs of Claim for Prepetition Claims and 503(b)(9) Claims,* as conformed for publication, was published on March 19, 2018 in (a) the *Sun Sentinel* as described on **Exhibit A**, attached hereto; and (b) the *USA Today* as described on **Exhibit B**, attached hereto; and (2) the *Notice of (I) Approval of Disclosure Statement; (II) Hearing on Confirmation of the Plan and Procedures for Objecting to Confirmation of the Plan; and (III) Voting Procedures* as conformed for publication, was published on March 19, 2018 in (a) the *Sun Sentinel* as described on **Exhibit C**, attached hereto; and (b) the *USA Today* as described on **Exhibit D**, attached hereto.

Dated: March 27, 2018

_____
Keenan K. Baldeo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 27, 2018, by Keenan K. Baldeo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

SRF 23438

**Exhibit A**

## SUN SENTINEL
### Published Daily
### Fort Lauderdale, Broward County, Florida
### Boca Raton, Palm Beach County, Florida
### Miami, Miami-Dade County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD/PALM BEACH/MIAMI-DADE

Before the undersigned authority personally appeared **MARK KUZNITZ** who on oath says that he/she *is* a duly authorized representative of the Classified Department of the Sun-Sentinel, daily newspaper published in Broward/Palm Beach/Miami-Dade County, Florida, that the attached copy of advertisement, being, a **BAR DATE NOTICE** in the Matter of **THE PATRIOT NATIONAL, INC – BANKRUPTCY NOTICE,** appeared in the paper on **MARCH 19, 2018 AD# 5512778** Affiant further says that the said Sun-Sentinel Said newspaper has heretofore been continuously published in said Broward/Palm Beach/Miami-Dade County, Florida, each day, and has entered as second class matter at the post office in Fort Lauderdale, in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of she has neither paid, nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.

_____
Mark Kuznitz, Affiant

Sworn to and subscribed before me on
**MARCH 22, 2018** A.D.

_____
(Signature of Notary Public)


(Name of Notary typed, printed or stamped)

**Personally Known** _____X_____ or Produced Identification_____



PLACE COPY OF LEGAL NOTICE HERE

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re                                 Chapter 11
PATRIOT NATIONAL, INC., *et al.*,[1]  Case No. 18-10189 (KG)
    Debtors.                          (Jointly Administered)

### NOTICE OF DEADLINE OF APRIL 30, 2018 AT 4:00 P.M. (ET) TO FILE PROOFS OF CLAIM FOR PREPETITION CLAIMS AND 503(b)(9) CLAIMS

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE DEBTORS:**

   **Petition Date.** On January 30, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

   **Bar Date.** Pursuant to an order of this Court entered on March 8, 2018 (the "Bar Date Order"), and in accordance with Fed. R. Bankr. P. 3003(c), all entities (except governmental units (discussed below) and those entities that are excused pursuant to the Bar Date Order) who (i) have a claim or potential claim against the Debtors arose before the applicable Petition Date, including claims for reclamation of goods delivered to the Debtors within 45 days prior to the applicable Petition Date, no matter how remote or contingent such claim may be ("Prepetition Claims"), and/or (ii) have an administrative expense claim against the Debtors for the value of goods received by a Debtor in the ordinary course of business within 20 days before the commencement of a case (a "503(b)(9) Claim"), MUST FILE A PROOF OF CLAIM FOR A PREPETITION CLAIM AND/OR A 503(B)(9) CLAIM, AS APPLICABLE, on or before **April 30, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Bar Date"), provided that the bar date applicable to governmental units (as defined in section 101(27) of the Bankruptcy Code), including but not limited to taxing authorities, is **July 30, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Governmental Bar Date").

   ANY ENTITY (EXCEPT AN ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) THAT FAILS TO FILE A PROOF OF CLAIM FOR A PREPETITION CLAIM AND/OR A PAYMENT OF A 503(B)(9) CLAIM, AS APPLICABLE, ON OR BEFORE THE BAR DATE OR THE GOVERNMENTAL BAR DATE, AS APPLICABLE, SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

   **Procedure for Filing Proofs of Claim for a Prepetition Claim and/or a 503(b)(9) Claims.** Proofs of claim for Prepetition Claims and/or 503(b)(9) Claims must be filed so as to be received on or before **April 30, 2018 at 4:00 p.m. (prevailing Eastern Time)** and, solely with respect to Prepetition Claims by governmental units (as such term is defined in section 101(27) of the Bankruptcy Code), including but not limited to taxing authorities, **July 30, 2018 at 4:00 p.m. (prevailing Eastern Time)**, at the appropriate address listed below: **If via First Class Mail, send to:** Patriot National, Inc. Claims Processing Center, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, NY 10022. **If via Hand Delivery or Overnight Courier, send to:** Patriot National, Inc. Claims Processing Center, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, NY 10022; **If via Electronic Filing, by accessing the E-filing Claims link at:** https://cases.primeclerk.com/PatNat/EPOC-Index.

   Proofs of claim for Prepetition Claims and/or 503(b)(9) Claims may not be sent by facsimile, telecopy, or electronic means other than outlined above. You may obtain a proof of claim form by written request to Prime Clerk LLC, ("Prime Clerk"), sent to the appropriate address set forth above, by calling Prime Clerk at their toll free number 855-631-5360 or their line for international callers +1 347-897-3454, or at the website address https://cases.primeclerk.com/PatNat. You may also obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, or from certain business supply stores. If you wish to obtain Copies of the Debtors' schedules of assets and liabilities, and the Bar Date Order, they are available and may be examined by interested parties: (i) at the website maintained for these cases by Prime Clerk at the address https://cases.primeclerk.com/PatNat, (ii) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801 between the hours of 8:00 a.m. and 4:00 p.m. (prevailing Eastern Time), or (iii) on the Court's electronic docket of these cases at the address www.deb.uscourts.gov. If you have questions regarding the filing, or processing of a proof of claim for a Prepetition Claim and/or a 503(b)(9) Claim, you may call Prime Clerk at the number listed above.

Dated: March 13, 2018, Wilmington, Delaware          **BY ORDER OF THE UNITED STATES BANKRUPTCY COURT**

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

---

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re                                 Chapter 11
PATRIOT NATIONAL, INC., *et al.*,[1]  Case No. 18-10189 (KG)
    Debtors.                          (Jointly Administered)

### NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (III) VOTING PROCEDURES

**TO PARTIES IN INTEREST IN THE CHAPTER 11 CASES OF PATRIOT NATIONAL, INC. AND ITS AFFILIATED DEBTORS:**

1. **Approval of Disclosure Statement.** By Order entered March 14, 2018 [D.I. 381] (the "Order"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement for the Debtors' Chapter 11 Plan (as it may be amended, the "Disclosure Statement") filed by Patriot National, Inc. ("PNI") and its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"). The Bankruptcy Court also authorized the Debtors to solicit votes from those parties entitled to vote with regard to the acceptance or rejection of the Debtors' Chapter 11 Plan, dated January 30, 2018 (as it may be amended, the "Plan"), annexed as **Exhibit A** to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

2. **Confirmation Hearing.** A hearing (the "Confirmation Hearing") to consider the confirmation of the Plan will be held at **11:00 a.m. (prevailing Eastern Time) on Tuesday, April 24, 2018** before the Honorable Kevin Gross, United States Bankruptcy Judge, in Courtroom No. 3 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801. The Confirmation Hearing may be continued from time to time by the Bankruptcy Court or the Debtors without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.

3. **Voting Record Date.** Only parties who are eligible to vote and hold Claims against the Debtors as of Monday, March 12, 2018 are entitled to vote on the Plan. Solely for the purposes of voting, those who hold a claim that (i) is not identified in the Schedules or is identified in the Schedules as "contingent," "unliquidated," or "disputed," (ii) is not asserted in a Proof of Claim that was filed prior to the Voting Record Date, and (iii) is asserted in a Proof of Claim that was timely filed by April 2, 2018 (a "Post Record Date Claim"), shall be treated as having been filed by the Voting Record Date.

4. **Voting Deadline.** All votes to accept or reject the Plan must be actually received by the Debtors' voting agent, Prime Clerk LLC, by no later than **4:00 p.m. on Friday, April 13, 2018** (the "Voting Deadline"). Any failure to follow the voting instructions included with your ballot may disqualify your ballot and your vote.

5. **Parties in Interest Not Entitled to Vote.** The following holders of Claims and Equity Interests are not entitled to vote on the Plan: (i) holders of unimpaired Claims, (ii) holders of Equity Interests, or (iii) holders of Claims that are the subject of filed objections or requests for estimation. If you have timely filed a proof of Claim and disagree with the Debtors' classification of, objection to, or request for estimation of, your Claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a copy to chambers) a motion (a "Rule 3018(a) Motion") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan.

6. All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (i) service of this notice and (ii) service of notice of an objection or request for estimation, if any, as to such Claim. In accordance with Bankruptcy Rule 3018, as to any Claim subject to a Rule 3018(a) Motion, such creditor's ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court. Creditors may contact Prime Clerk LLC by telephone at (855) 631-5360 (Toll-Free) or (347) 897-3454 (if calling from outside the US or Canada) or by email at patnatballots@primeclerk.com to receive an appropriate ballot for any Claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

7. **Objections to Confirmation.** Responses and objections, if any, to confirmation of the Plan must (i) be in writing, (ii) state the name and address of the objecting party and the amount and nature of the Claim or Equity Interest of such party, (iii) state with particularity the basis and nature of any objection or response, and include, where appropriate, proposed language to be incorporated into the Plan to resolve any such objection or response, (iv) conform to the Bankruptcy Rules and the Local Rules, (v) be filed with the Court (contemporaneously with a proof of service) and served upon the Notice Parties so it is actually received on or before 4:00 p.m. (prevailing Eastern Time) on Friday, April 13, 2018.

   IF ANY OBJECTION OR RESPONSE TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE HEARING. REPLIES TO ANY SUCH OBJECTIONS AND RESPONSES MUST BE FILED AND SERVED BY NO LATER THAN FRIDAY, APRIL 20, 2018 AT 4:00 P.M. (PREVAILING EASTERN TIME).

8. **Parties Who Will Not Be Treated as Creditors.** Any holder of a Claim that (i) is scheduled in the Debtors' schedules of assets and liabilities at $0.00, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such Claim for purposes of voting on the Plan.

9. **Release, Injunction and Exculpation Provisions Contained in the Plan.** Article XI of the Plan contains certain release, injunction and exculpation provisions, which are set forth below. You are advised to carefully review and consider the Plan, including the release, injunction and exculpation provision, as your rights may be affected.

   Article XI.G.1 of the Plan contains the following release by the Debtors: **As of the Effective Date, except for the rights and remedies that remain in effect from and after the Effective Date to enforce this Plan and the Plan Documents, for good and valuable consideration, the adequacy of which is hereby confirmed including, without limitation, the Released Parties' services and assistance to facilitate the reorganization of the Debtors and the implementation of the Restructuring Transactions, and except as otherwise provided in this Plan, the Plan Documents, or in the Confirmation Order, the Released Parties are deemed forever released and discharged by the Debtors, the Reorganized Debtors, the Plan Administrator, the Litigation Trust, the Litigation Trustee and any Person (including the Committee and the First Lien Agents) holding or seeking to exercise the rights of the Debtors' estates, including, without limitation, any successor to the Debtors or any Estate representative appointed or selected pursuant to Bankruptcy Code Section 1123(b)(3), in each case on behalf of itself and its respective successors, assigns, and representatives and any and all other entities that may purport to assert any Cause of Action derivatively, by or through the foregoing Entities (collectively, the "Releasing Parties"), from any and all claims, interests, obligations, suits, judgments, damages, demands, debts, rights, Causes of Action, losses, remedies, or liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Releasing Parties, whether known or unknown, foreseen or unforeseen, existing or hereafter arising, in law, equity, or otherwise, that any of the Releasing Parties would have been legally entitled to assert in her, his or its own right (whether individually or collectively) or on behalf of the holder of any Claim or Equity Interest or other entity, based on or relating to, or in any manner arising from, in whole or in part, the Debtors, the Chapter 11 Cases, the First Lien Credit Agreement, the purchase, sale, or rescission of the purchase or sale of any security of the Debtors or the Reorganized Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Equity Interest, the business or contractual arrangements between the Debtors and any Released Party, the restructuring of any Claim or Equity Interest before or during the Chapter 11 Cases, the Restructuring Transactions, the negotiation, formulation, or preparation of the Disclosure Statement, the Restructuring Support Agreement, the DIP Facility, the Restructuring Transactions, the Exit Facility, the New Term Loan Facility, the Litigation Trust Facility, the Reorganized Debtor Governing Documents, or the Plan (other than the rights of the Debtors, the Committee, the Litigation Trust, the Litigation Trustee and the First Lien Agents to enforce the Plan and the contracts, instruments, releases, indentures, and other agreements or documents delivered thereunder), the solicitation of votes with respect to this Plan, or any other act or omission, transaction, agreement, event, or other occurrence, other than claims or Causes of Action arising out of, or related to, any act or omission of a Released Party that is a criminal act or constitutes intentional fraud, gross negligence, or willful misconduct.**

   Under the Plan, "Released Parties" means (a) the Debtors' and the Reorganized Debtors' professionals that were retained in the Chapter 11 Cases, including the Debtors' chief restructuring officer, attorneys, financial advisors, investment bankers, consultants, representatives and other professionals, (b) the First Lien Agents, (c) the First Lien Lenders, (d) the DIP Agent, (e) the DIP Lenders, (f) any professionals of the DIP Agent or DIP Lenders, (g) the members of the Committee, but only in their capacity as such, (h) Conway MacKenzie Management Services, LLC, (i) the Debtors' independent director, and (j) with respect to the Persons identified in clauses (b) through (e), their respective directors, officers, principals, shareholders, partners, employees, members, participants, agents, representatives, attorneys, financial advisors, accountants, investment bankers, consultants, representatives, management companies, fund advisors, other professionals, advisory board members, subsidiaries, affiliates, managed accounts or funds, other advisors, predecessors, successors or assigns, in each case in their capacity as such.

   Article XI.H of the Plan contains the following Exculpation: **Pursuant to the Plan and to the maximum extent permitted by applicable law, none of the Exculpated Parties shall have or incur any liability to any holder of a Claim, Cause of Action or Equity Interest for any act or omission in connection with, related to or arising out of, the Chapter 11 Cases, the negotiation of any settlement, agreement, contract, instrument, release or document created or entered into in connection with the Plan or in the Chapter 11 Cases (including the DIP Facility, Exit Facility, and Litigation Trust Facility and documents related thereto), the pursuit of confirmation of the Plan, the consummation of the Plan, the preparation and distribution of the Disclosure Statement, the offer, issuance and distribution of any securities issued or to be issued pursuant to the Plan, any other prepetition or postpetition act taken or omitted to be taken in connection with or in contemplation of the restructuring of the Debtors or the administration of the Plan or the property to be distributed under the Plan, except for any act or omission that is determined in a final order to have constituted willful misconduct or gross negligence (collectively, "Exculpated Claims"). Each Exculpated Party shall be entitled to rely upon the advice of counsel concerning his, her or its duties pursuant to, or in connection with, the Plan.**

   Under the Plan, "Exculpated Parties" means (a) the Committee and its members (solely in their capacities as such), (b) the Debtors and their current officers, directors, and employees (c) Conway MacKenzie Management Services, LLC, and its current officers and employees (d) the Debtors' chief restructuring officer, (e) the Debtors' independent director, and (f) with respect to the Persons identified in clauses (a) and (b), to the extent retained in the Chapter 11 Cases, their respective financial advisors, attorneys, accountants, investment bankers, consultants, representatives, and all other retained professionals.

   Article XI.I of the Plan contains the following Injunction: **Except as otherwise provided in the Plan or the Confirmation Order, all Entities who have held, hold, or may hold Claims, Equity Interests, Causes of Action, liabilities, obligations, suits, judgments, damages, demands, debts, or rights, including, but not limited to, those that: (1) have been released or exculpated pursuant to Article XI.G and Article XI.H of the Plan; (2) are against an Exculpated Party with respect to Exculpated Claims; or (3) are otherwise stayed, settled, compromised or terminated pursuant to the terms of the Plan, are permanently enjoined and precluded, from and after the Effective Date, from (on account of or in connection with or with respect to any released, settled, compromised, or exculpated Claims, Equity Interests, Causes of Action, liabilities, obligations, suits, judgments, damages, demands, debts, or rights): (a) commencing or continuing in any manner any action or other proceeding of any kind against the Released Parties (solely with respect to the Releasing Parties) or , with respect to Exculpated Claims, Exculpated Parties (or the property or estate of any Person, directly or indirectly, to released or exculpated); (b) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against the Released Parties (solely with respect to the Releasing Parties) or, with respect to Exculpated Claims, Exculpated Parties; (c) creating, perfecting, or enforcing any Lien, Claim, or encumbrance of any kind against the Released Parties (solely with respect to the Releasing Parties) or, with respect to Exculpated Claims, Exculpated Parties (or the property or estate of any Person so released or exculpated); (d) asserting any right of setoff or subrogation of any kind against any obligation due from the Released Parties (solely with respect to the Releasing Parties) or, with respect to Exculpated Claims, Exculpated Parties (or the property or estates of the debtors or any Person so released or exculpated) unless such Party has timely asserted such setoff or subrogation right prior to Confirmation in a document filed with the Bankruptcy Court explicitly preserving such setoff or subrogation; and (e) commencing or continuing in any manner any action or other proceeding of any kind against the Released Parties (solely with respect to the Releasing Parties) or, with respect to Exculpated Claims, Exculpated Parties (or the property or estate of any Person so released or exculpated); provided that nothing in the Plan shall enjoin or prevent any Person from receiving or obtaining benefits directly and expressly provided to such Person pursuant to the terms of the Plan; provided, further, that nothing contained in the Plan shall be construed to prevent any Person from defending against Claims Objections or collection actions whether by asserting a right of setoff or otherwise to the extent permitted by law.**

10. **Additional Information.** Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan should contact the Debtors' voting agent, Prime Clerk LLC, by telephone at (855) 631-5360 (Toll-Free) or (347) 897-3454 (if calling from outside the US or Canada) or by email at patnatballots@primeclerk.com, or may view such documents by accessing the Debtors' website: http://cases.primeclerk.com/patnat or the Bankruptcy Court's website www.deb.uscourts.gov. As previously noted above, a PACER (www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website (http://deb.uscourts.gov). **PRIME CLERK LLC IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

Dated: March 14, 2018, Wilmington, Delaware     PACHULSKI STANG ZIEHL & JONES LLP  */s/ Laura Davis Jones* Laura Davis Jones (DE Bar No. 2436), James E. O'Neill (DE Bar No. 4042), Peter J. Keane (DE Bar No. 5503), 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Telephone: (302) 652-4100, Facsimile: (302) 652-4400, Email: ljones@pszjlaw.com, joneill@pszjlaw.com, pkeane@pszjlaw.com -and- Kathryn A. Coleman, Christopher Gartman, Dustin P. Smith, HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York 10004-1482, Telephone: (212) 837-6000, Facsimile: (212) 422-4726, Email: katie.coleman@hugheshubbard.com, chris.gartman@hugheshubbard.com, dustin.smith@hugheshubbard.com, *Attorneys for the Debtors and Debtors in Possession*

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

---

## Legal Notices
SunSentinel.com/Classified

### Miscellaneous

**PALM BEACH SHERIFF**
Available to the public at auction
On 3/20/18 5353 South State Rd 7
Davie fl 33314 $1000 certified refundable
Deposit required before viewing
View & register on Monday
3/16, 3/17, 3/18, 3/19/2018

**ADVERTISEMENT FOR BIDS**
DEL PRADO ELEMENTARY SCHOOL
INTERIOR RENOVATION & LIGHTING UP-
GRADE-PHASE 3 AT 7900 DEL PRADO
CIRCLE NORTH
BOCA RATON, FL 33433

THORNTON CONSTRUCTION
COMPANY,INC.
150 S. PINE ISLAND ROAD, SUITE #200
PLANTATION, FL 33324
PETER SUPPLE
T: 954-526-0160
F: 954-268-1254

Thornton Construction Company, Inc. requests SEALED bids be delivered to the Plantation, FL office for Del Prado Elementary School Interior Renovation & Lighting Upgrade-Phase 3, School District of Palm Beach County Project No. 1741-7105 on or before 2:00 PM on Wednesday, April 11, 2018.

Scope of work consists of interior VCT flooring demolition, new VCT flooring & vinyl base, interior painting, window treatments and lighting upgrades. Drawings and specifications are available through Thornton Construction Company, Inc.

Thornton Construction Company, Inc. is committed to affirmatively ensuring award of construction subcontracts to certified subcontractors & vendors who meet the criteria of the School District of Palm Beach County's Minority/Women Business Enterprises. The established contract goal to be met for M/WBE African American subcontractor participation is 9% of this project.
3/19, 3/26, 4/2/2018

---

## Real Estate for Rent
SunSentinel.com/Rentals

### Homes-Single Family

**BOCA** - 3/3 • 2 Story, Yard, Pool, Jacuzzi
Pets OK $1695 • Rent or Buy • Lse Option
Free Service • Open 7 Days A Week
**FIND-A-HOME • 561 - 477 - 3733**

### Homes-Waterfront

**COCONUT CRK** - 1,2,3 BRs NEAR SHOPS
POOL • PATIO • PETS OK • FROM $1000
Free Service • Open 7 Days A Week
**FIND-A-HOME • 954 - 427 - 3733**

**DEERFIELD** - 1, 2 & 3 BRs • NEAR SHOPS
POOL • PATIO • PETS OK • FROM $975
Free Service • Open 7 Days A Week
**FIND-A-HOME • 954 - 427 - 3733**

### Apartments, Condos Multi-Family

**BOCA** - 1/1 • HUGE LOFT • FIREPLACE
LGE SCREENED PATIO • POOL • PETS OK
Free Service • Open 7 Days A Week
**FIND-A-HOME • 561 - 477 - 3733**

**BOCA** - 2/2 • NEAR MALL & SHOPPING
LARGE SCREENED PATIO • POOL • $1250
Free Service • Open 7 Days A Week
**FIND-A-HOME • 561 - 477 - 3733**

**CORAL SPRINGS** - 1,2,3 BR NEAR SHOPS
POOL • PATIO • PETS OK • FROM $975
Free Service • Open 7 Days A Week
**FIND-A-HOME • 954 - 427 - 3733**

**DEERFIELD** - 2/2 • NEAR BCH & SHOPS
LARGE SCREENED PATIO • POOL • $1150
Free Service • Open 7 Days A Week-
**FIND-A-HOME • 954-427-3733**

**DELRAY** - 2 BR • NEAR SHOPS • W/D
INCLUDES CABLE & WATER • $1050
Free Service • Open 7 Days A Week
**FIND-A-HOME • 561 - 477 - 3733**

---

### Best Deal!

**DELRAY** - Luxury Gated Lg 1 - 2 Bdrm Fr
$725/mo.Tile/Hardwood, Patio & Pool.
H20 Incl.,Easy Credit, Lo Dep, Pets OK,
Pick up Service, NEVER A FEE !!
DANA LEE RE 561-213-0122

---

### NEW LISTING

**FORT LAUDERDALE**

## Centrally Located

### Water Included

1/1's from $900
2/1's from $1000

**Open 7 Days**

# 954-462-4234
cooperproperties.com

---

**MARGATE** - 2/2 • GREAT LOCATION!!
LARGE SCREENED PATIO • POOL • $1225
Free Service • Open 7 Days A Week
**FIND-A-HOME • 954 - 427 - 3733**

**POMPANO** - 1, 2 & 3 BRs • NEAR BEACH
POOL • PATIO • PETS OK • FROM $1000
Free Service • Open 7 Days A Week
**FIND-A-HOME • 954 - 427 - 3733**

---

## Real Estate for Sale
SunSentinel.com/Classified

### Homes-Single Family



**BOCA RATON**
**Town Villas**
Completely remodeled 2BD/2BA/1CG Villa with no expense spared! Granite kitchen with Italian wood cabinetry & Stainless appls! Remodeled baths with floor to ceiling porcelain tile, custom designer vanities & frameless showers! 20x20 tile floors thru-out, new A/C system & hot water heater, Accordion hurricane shutters & tiled and screened front porch. Low HOA fees, active clubhouse, heated pool & tennis. Maintenance includes cable, insurance and lawn care.

**Don't Wait! $214,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**

### HAVE A MANUFACTURED HOME TO SELL?
CALL CLASSIFIED
1-800-250-2000
to let the power of
Sun Sentinel Classifieds
work for you

---

## Real Estate for Sale
SunSentinel.com/Classified

### Homes-Single Family



**BOYNTON BEACH**
**Lakeridge Falls**
Builder's Premium Long Lakeview Lot! Expansive water views from every window! Bright, open & airy 2BD + Den Brentwood model with 2CG, Granite kitchen, custom 42" cabinetry with pull out drawers, 16' x 16" tile flooring, wainscoting, abundance of high hat lighting, built-in entertainment center and large Master suite with wood flooring & huge walk-in closet 24/7 manned gated security, active clubhouse/entertainment, pool, fitness, tennis, card rooms & billiards!
**$374,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**BOYNTON BEACH**
**Lakeridge Falls**
Designer decorated 3BR Addison II model totally upgraded with no expense spared! Granite kitchen with stainless appliances & Italian honey maple cabinetry with pull-out shelving. Large open floorplan, 18 x 18 diagonally laid tile, designer light fixtures & plantation shutters, custom built-out closets & remodeled baths! Accordion hurricane shutters, oversized screened & tiled patio on large private interior lot! 24/7 manned gated sec, active clubhouse/entertainment, pool, fitness, tennis, card rooms & billiards!
**$354,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**BOYNTON BEACH**
**Valencia Cove**
Rarely available Julia model w/hobby room! Builder's Premium Lakeview Lot! Over $150K in upgrades! Granite Kitchen w/ 42" cabinetry, SS appliances, & center Island! Designer 24" x 24" Tile thru-out, Crown molding, Plantation shutters & Designer lighting. Luxurious Master suite w/ built-out closets, Quartz countertops & frameless shower! Upgraded A/C, extended & pavered driveway, custom landscaping, & impact windows! 39,000 sq-ft Clubhouse, Grand Ballroom, Fitness center, Resort Style Pool, Spa, 12 Har-tru Tennis courts, Social hall for shows, Card rooms, Billiards rooms, Art & Craft room and a Cafe!
**$749,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**BOYNTON BEACH**
**Pine Tree Village**
Updated & Spacious 3BR/2BA/2CG with Granite Kitchen & Stainless Appliances! Newly Painted inside and out, engineered Wood Flooring in living areas, newly installed carpet in bedrooms, new light fixtures and ceiling fans! Granite Baths with 18 x 18 tile. Huge Master suite with his/her walk-in closets. Enclosed Florida Room, Accordion Hurricane shutters and large back yard. Low HOA fees include Comcast and lawn care. Active Clubhouse, heated pool and tennis.
**$299,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**DELRAY**
**VALENCIA RESALES UNDER $300K**
**HOWARD BUCHER**
**561-901-3778**
HUNTINGTON LAKES 2X2 LOW $100K
Coral Lakes 2X2 Under $220K
Signature Realty



**DELRAY BEACH**
**The Bridges**
$200K in Upgrades! Designer decorated. No expense spared! Builder's Premium Lakeview Lot! Granite kitchen w/ 42" upgraded custom cabinetry, center Island, Sub Zero refrigerator & double oven! Master retreat w/ coffer ceiling, French door to covered patio, his & her walk in closets, custom vanity, walk in shower & soaking tub! Wood flooring, Central vacuum, Designer lighting, stone Fireplace & Wet Bar. Upgraded paver patio, electrical awnings, impact windows & back-up Generator! Enjoy Delray's newest & hottest community with incredible amenities! Minutes from Delray Beach Marketplace, Boca Town Center & Downtown Atlantic Ave.
**$899,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**

### Have Real Estate for Sale?
Call Classified
1-800-250-2000

---

## Real Estate for Sale
SunSentinel.com/Classified

### Homes-Single Family



**DELRAY BEACH**
**Seven Bridges**
Great Investment! Priced $65K below market value! Builder's Premium Lakeview Lot! 4 Bedroom + Loft, 4 Bath Somerset model with Quartz kitchen, 42" cabinetry, SS appliances, center Island & double oven! Marble flooring, granite wet bar, coffered ceiling, 2nd floor laundry & impact windows & doors. 24/7 manned gated security. Ultimate Luxury Community with Amenities like no other! A rated schools. Opportunity knocks, Motivated Seller!
**$874,500**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**DELRAY BEACH**
**Bridgeview**
Largest Model in Community! Spacious & Bright Corner Unit with lots of windows and natural light. Large eat-in kitchen, expansive dining/living room & enclosed Florida room with garden views. Master offers a sitting room, walk-in closet & ensuite bath w/ dual sinks. Great Location & proximity to downtown Delray, Seasonal events, Beach, Restaurants & Shopping! Active clubhouse, heated swimming pool, tennis, clubs, entertainment & fitness.
**PRICED TO SELL!**
**$120,000**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**DELRAY BEACH**
**Villaggio Reserve**
Rarely available, Designer decorated 3BD/3BA + Den "Palma" Single Family Home on Builder's Premium Oversized Lakeview Lot with over $55K in upgrades! Delray's Newest & Prestigious Active Adult Community! Marble kitchen with center Island, under cabinet lighting & upgraded SS Appls! Master suite overlooking lake, his/hers sinks, Roman tub & frameless spa shower! Diagonally laid 18x18 tile flooring, Custom "Shelf Genie", powered designer window treatments & lighting, upgraded glass front door, garage storage, extended pavered driveway, screened patio & 2CG! 24/7 manned gated security, alarm service, & lawn care included. 38,000 SF Cabana Club, 3 Pools, Spa, Tennis, Bocce ball, Café, Fitness Center, Exercise Room, Arts & Crafts, Billiards & Grand Ballroom/Theatre! SELLER TRANSFER = BUYER GAIN!
**$515,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**DELRAY BEACH**
**The Bridges**
Truly One of a Kind! Over $129K in Upgrades! Finest Quality in Workmanship & Materials! Oversized Builder's Premium Lakeview Lot w/ paver patio plus custom enlarged heated saltwater pool. Granite kitchen w/ custom cherry wood cabinetry, stainless appliances, Travertine backsplash & custom Quartz Island. Neutral tile flooring, Crown Molding, Plantation Shutters, Custom Designed Stone Media Wall, built-out closets & custom light fixtures & ceiling fans. Summer Kitchen, Motorized Retractable Screen Enclosure, Professionally Landscaped & fenced backyard and impact windows & doors! Enjoy Delray's newest & hottest community with incredible amenities like no other!
**$759,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**

### Condos/Townhomes/ Multi-Family



**BOCA RATON**
**2/2 • ON GOLF COURSE**
"UNCLE ED SAYS THIS IS A HOLE IN ONE"
GORGEOUS UNIT • DESIREABLE AREA
DON'T MISS OUT ON THIS BEAUTIFUL
2 BR CONDO, HUGE SCREENED PATIO
TILE FLOORS THROUGHOUT, UPGRADED
BATHROOMS, BRIGHT & SPACIOUS,
WALK-IN CLOSETS WITH BUILT-INS
IMPACT GLASS WINDOWS & MORE!!
POOL, EXERCISE ROOM & TENNIS
**EXCELLENT VALUE AT ONLY $144,900**
THINKING OF SELLING? CALL US TODAY!
**THE SOMERDIN TEAM**
**561-477-3733**
SERVING S. FLORIDA FOR OVER 20 YEARS

 

### FIND-A-HOME
www.findahomerealty.com

### Have real estate for sale?
CALL CLASSIFIED 1-800-250-2000
to get your listing noticed

### HAVE REAL ESTATE FOR SALE?
Let the Power of Sun Sentinel Classifieds Sell Your Residential or Commercial Property

• Reach more eyes
• Maximize your advertising budget
• Get started now!

**SunSentinel**

CALL CLASSIFIED
1-800-250-2000
to get your listing noticed

**Exhibit B**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, March 19, 2018** the following legal advertisement – **PATRIOT NATIONAL, INC. Bar Date Notice** – was published in the national edition of **USA TODAY**.

*[signature]*
Principal Clerk of USA TODAY
March 19, 2018

This **19th** day of **March** month **2018** year.

*[signature]* Robin Sue Purcell
Notary Public
Commission expires
31 Oct 2019

*[Notary Seal: ROBIN SUE PURCELL, NOTARY PUBLIC, MY COMMISSION NUMBER 7630258, COMMONWEALTH OF VIRGINIA]*

# STATE-BY-STATE

News from across the USA

**ALABAMA Opelika:** Two firefighters were seriously hurt in a training exercise in an abandoned home.

**ALASKA Kodiak:** The Coast Guard will upgrade its C-130 airfleet here by 2020 with newer models that can take off and land on shorter runways.

**ARIZONA Grand Canyon National Park:** The park is taking more stringent water conservation steps due to breaks in the South Rim pipeline.

**ARKANSAS Little Rock:** A study of War Memorial Stadium estimates the 70-year-old venue needs about $17 million in repairs and upgrades.

**CALIFORNIA Sacramento:** The city SPCA is seeking supplies and cash donations to care for 286 rabbits rescued from at a Folsom home.

**COLORADO Colorado Springs:** Firefighters rescued what they thought were eight puppies in a storm drain, only to find out they were red foxes.

**CONNECTICUT Hartford:** State lawmakers are considering whether to penalize illegal parking of non-electric vehicles at EV charging stations.

**DELAWARE Claymont:** The owners of a former refinery will pay $750,000 in fines for equipment changes that risked hazardous gas releases.

**DISTRICT OF COLUMBIA:** More than 40 officers converged on a suburban neighborhood on a report of a townhouse shooting. But police believe the report was likely "swatting" — a fake emergency to draw a SWAT team.

**FLORIDA Palatka:** Officials say two small planes collided on the Palatka Municipal Airport runway when one landed on the other. No one was hurt.

**GEORGIA Atlanta:** People are growing bamboo in their backyards to help feed Zoo Atlanta's four pandas.

**HAWAII Honolulu:** The police chief is defending the reassignment of city police union leaders as a move to put more officers on the streets.

**IDAHO Boise:** Ongoing disagreements over school reading assessments prompted state lawmakers to spike a budget plan for the Superintendent of Public Instruction office.

**ILLINOIS Chicago:** The city is boosting security for summer events at Millennium Park on Lake Michigan.

**INDIANA Indianapolis:** Indianapolis International Airport has added kiosks to move low-risk overseas travelers through customs faster.

**IOWA Burlington:** Two 1940s-era telephone booths are back in place at the Burlington Depot as part of a broader restoration project.

**KANSAS Lawrence:** A freeze on social events by University of Kansas fraternities ended after 4 days.

**KENTUCKY Georgetown:** Winston, the 24-year-old brown gelding minihorse at the Kentucky Derby Museum, retired this month.

**LOUISIANA Hammond:** Authorities allege that former Independence Mayor Michael Ragusa failed to make state retirement system payments for the town's employees.

**MAINE Presque Isle:** HUD is giving $58,000 for housing to Maine's Aroostook Band of Micmacs.

**MARYLAND Baltimore:** An audit shows that the city fire department failed to meet its goals for installing smoke alarms and then retroactively altered the goals.

**MASSACHUSETTS Cambridge:** Six high school students who survived last month's mass shooting in Florida are visiting Harvard University on Tuesday to discuss how students are changing conversations on guns.

**MICHIGAN Cheboygan:** Authorities say sensor-equipped signs in the state's northern Lower Peninsula warn motorists of slippery roads.

**MINNESOTA Grand Rapids:** Citing pollution concerns, landowners and tribal groups want Enbridge Energy to remove an old supply pipeline if it wins approval for a replacement.

**MISSISSIPPI Columbus:** The city school board is taking applications for superintendent through Friday.

**MISSOURI Jefferson:** Lawmakers and health officials are fighting over Bourbon virus data following the death of a state park employee.

**MONTANA Billings:** Park County eighth-grader Aidan Veress has repeated as Treasure State Spelling Bee champion two years in a row.

**NEBRASKA Omaha:** Officials say the state's new academic assessments may eventually reduce the time students spend in state testing.

**NEVADA Reno:** The latest data show the state ranks last in providing affordable rental housing.

**NEW HAMPSHIRE Manchester:** The Diocese of Manchester is holding a prayer service and fundraiser April 5 for hurricane-hit Puerto Rico.

**NEW JERSEY Burlington:** A man faces two counts of homicide in the deaths of a couple from a crash that sent their minivan into a frigid lake.

**NEW MEXICO Carlsbad:** A panel of scientists is studying the viability of storing surplus weapons-grade plutonium in southern New Mexico.

**NEW YORK Albany:** State lawmakers are balking at setting tolls to enter Manhattan's busiest streets.

**NORTH CAROLINA Chapel Hill:** Demographers say 43% of state residents were born in other states.

**NORTH DAKOTA Bismarck:** A study finds a shortage of district judges in North Dakota.

**OHIO Sandusky:** The parent of Cedar Point amusement park is partnering with Bowling Green State University to offer a degree in tourism industry management.

**OKLAHOMA Sand Springs:** Authorities say arson is suspected in grass fires that forced evacuations in northeastern Oklahoma.

**OREGON Oregon City:** Authorities say a Clackamas County judge who was inadvertently locked in her courtroom caused an estimated $3,000 damage trying to break out.

**PENNSYLVANIA Philadelphia:** An exhibit at the city's National Museum of American Jewish History looks at conductor Leonard Bernstein's social activism 100 years after his birth.

**RHODE ISLAND Providence:** The Community College of Rhode Island is holding events to help high school seniors apply for federal student aid.

**SOUTH CAROLINA Adams Run:** A man who told friends he killed someone and the body would never be found is charged with murder.

**SOUTH DAKOTA Warner:** Warner Elementary School purchased 17 ukuleles, thanks in part to Texas fans of former Eagles drummer Don Henley.

**TENNESSEE Memphis:** Mayor Jim Strickland wants the city to commit $6 million toward pre-kindergarten.

**TEXAS San Antonio:** Authorities arrested at least a dozen people in a ritual animal sacrifice probe.

**UTAH Draper:** Nineteen soldiers in the Utah National Guard's 19th Special Forces Group were honored for valor while serving in Afghanistan.

**VERMONT Montpelier:** State wildlife officials are seeking public input on a plan to cut moose hunting permits.

**VIRGINIA Richmond:** Authorities say a small meteorite was stolen from the Science Museum of Virginia.

**WASHINGTON Graham:** Authorities say a Pierce County deputy fatally shot a man trying to get into people's cars, including the deputy's vehicle.

**WEST VIRGINIA Charleston:** A judge granted a temporary restraining order affecting Frontier Communications workers who went on strike March 4.

**WISCONSIN Madison:** A University of Wisconsin Hospital study of trauma patients found that motorcyclists without helmets are twice as likely to get neck injuries than helmet users.

**WYOMING Laramie:** University of Wyoming officials need another $15 million to build a new science facility.

*From staff and wire reports.*

# LEGAL MONDAY

For advertising information: 1.800.872.3433  www.marketplace.usatoday.com

[Legal notices regarding Patriot National, Inc., et al., Chapter 11 Bankruptcy Case No. 18-10189 (KG), United States Bankruptcy Court for the District of Delaware — notice of deadline of April 30, 2018 at 4:00 p.m. (ET) to file proofs of claim for prepetition claims and 503(b)(9) claims; and notice of approval of disclosure statement, hearing on confirmation of the plan, and voting procedures.]

Visit USA TODAY's web site at www.usatoday.com

**Exhibit C**

SUN SENTINEL

Published Daily

Fort Lauderdale, Broward County, Florida

Boca Raton, Palm Beach County, Florida

Miami, Miami-Dade County, Florida

STATE OF FLORIDA
COUNTY OF BROWARD/PALM BEACH/MIAMI-DADE

Before the undersigned authority personally appeared **MARK KUZNITZ** who on oath says that he/she *is* a duly authorized representative of the Classified Department of the Sun-Sentinel, daily newspaper published in Broward/Palm Beach/Miami-Dade County, Florida, that the attached copy of advertisement, being, a **CONFIRMATION HEARING NOTICE** in the Matter of **THE PATRIOT NATIONAL, INC – BANKRUPTCY NOTICE,** appeared in *t*he paper on **MARCH 19, 2018** AD# **5512778** Affiant further says that the said Sun-Sentinel Said newspaper has heretofore been continuously published in said Broward/Palm Beach/Miami-Dade County, Florida, each day, and has entered as second class matter at the post office in Fort Lauderdale, in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of she has neither paid, nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.

_____
Mark Kuznitz, Affiant

Sworn to and subscribed before me on

**MARCH 22, 2018 A.D.**

_____
(Signature of Notary Public)

PLACE COPY OF LEGAL NOTICE HERE

(Name of Notary typed, printed or stamped)

**Personally Known** _____**X**_____ **or Produced Identification**_____

ASHLEY MESSERSCHMIDT
State of Florida-Notary Public
Commission # GG 168665
My Commission Expires
May 17, 2020

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re PATRIOT NATIONAL, INC., et al.,[1] Debtors.

Chapter 11
Case No. 18-10189 (KG)
(Jointly Administered)

## NOTICE OF DEADLINE OF APRIL 30, 2018 AT 4:00 P.M. (ET) TO FILE PROOFS OF CLAIM FOR PREPETITION CLAIMS AND 503(b)(9) CLAIMS

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE DEBTORS:**

**Petition Date.** On January 30, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code (as amended, the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**Bar Date.** Pursuant to an order of this Court entered on March 8, 2018 (the "Bar Date Order"), and in accordance with Fed. R. Bankr. P. 3003(c), all entities (except governmental units (discussed below) and those entities that are excused pursuant to the Bar Date Order) who (i) have a claim or potential claim against the Debtors arose before the applicable Petition Date, including claims for reclamation of goods delivered to the Debtors within 45 days prior to the applicable Petition Date, no matter how remote or contingent such claim may be ("Prepetition Claims"), and/or (ii) have an administrative expense claim against the Debtors for the value of goods received by a Debtor in the ordinary course of business within 20 days before the commencement of a case (a "503(b)(9) Claim"), MUST FILE A PROOF OF CLAIM FOR A PREPETITION CLAIM AND/OR A 503(b)(9) CLAIM, AS APPLICABLE, on or before **April 30, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Bar Date"), provided that the bar date applicable to governmental units (as defined in section 101(27) of the Bankruptcy Code), including but not limited to taxing authorities, is **July 30, 2018 at 4:00 p.m. (prevailing Eastern Time)** (the "Governmental Bar Date").

ANY ENTITY (EXCEPT AN ENTITY WHO IS EXCUSED BY THE TERMS OF THE BAR DATE ORDER) THAT FAILS TO FILE A PROOF OF CLAIM FOR A PREPETITION CLAIM AND/OR A PAYMENT OF A 503(b)(9) CLAIM, AS APPLICABLE, ON OR BEFORE THE BAR DATE OR THE GOVERNMENTAL BAR DATE, AS APPLICABLE, SHALL NOT BE PERMITTED TO VOTE ON ANY PLAN OR PARTICIPATE IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

**Procedure for Filing Proofs of Claim for a Prepetition Claim and/or a 503(b)(9) Claims.** Proofs of claim for Prepetition Claims and/or 503(b)(9) Claims must be filed so as to be received on or before **April 30, 2018 at 4:00 p.m. (prevailing Eastern Time)** and, solely with respect to Prepetition Claims by governmental units (as such term is defined in section 101(27) of the Bankruptcy Code), including but not limited to taxing authorities, **July 30, 2018 at 4:00 p.m. (prevailing Eastern Time)**, at the appropriate address listed below: **If via First Class Mail, send to:** Patriot National, Inc. Claims Processing Center, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, NY 10022. **If via Hand Delivery or Overnight Courier, send to:** Patriot National, Inc. Claims Processing Center, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, NY 10022; **If via Electronic Filing, by accessing the Claims link at:** https://cases.primeclerk.com/PatNat/EPOC-Index.

Proofs of claim for Prepetition Claims and/or 503(b)(9) Claims may not be sent by facsimile, telecopy, or electronic means other than outlined above. You may obtain a proof of claim form by written request to Prime Clerk LLC. ("Prime Clerk"), sent to the appropriate address set forth above, by calling Prime Clerk at their toll free number 855-631-5360 or their line for international callers +1 347-897-3454, or at the website address https://cases.primeclerk.com/PatNat. You may also obtain a proof of claim form from any bankruptcy court clerk's office, from your lawyer, or from certain business supply stores. If you wish to obtain Copies of the Debtors' schedules of assets and liabilities, and the Bar Date Order, they are available and may be examined by interested parties: (i) at the website maintained for these cases by Prime Clerk at the address https://cases.primeclerk.com/PatNat, (ii) at the office of the Clerk of the Court, 824 Market Street, Wilmington, Delaware 19801 between the hours of 8:00 a.m. and 4:00 p.m. (prevailing Eastern Time), or (iii) on the Court's electronic docket of these cases at the address www.deb.uscourts.gov. If you have questions regarding the filing, or processing of a proof of claim for a Prepetition Claim and/or a 503(b)(9) Claim, you may call Prime Clerk at the number listed above.

Dated: March 13, 2018, Wilmington, Delaware

BY ORDER OF THE UNITED STATES BANKRUPTCY COURT

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

---

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re PATRIOT NATIONAL, INC., et al.,[1] Debtors.

Chapter 11
Case No. 18-10189 (KG)
(Jointly Administered)

## NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT; (II) HEARING ON CONFIRMATION OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (III) VOTING PROCEDURES

**TO PARTIES IN INTEREST IN THE CHAPTER 11 CASES OF PATRIOT NATIONAL, INC. AND ITS AFFILIATED DEBTORS:**

1. **Approval of Disclosure Statement.** By Order dated March 14, 2018 [D.I. 381] (the "Order"), the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Disclosure Statement for the Debtors' Chapter 11 Plan (as it may be amended, the "Disclosure Statement") filed by Patriot National, Inc. ("PNI") and its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"). The Bankruptcy Court also authorized the Debtors to solicit votes from those parties entitled to vote with regard to the acceptance or rejection of the Debtors' Chapter 11 Plan, dated January 30, 2018 (as it may be amended, the "Plan"), annexed as **Exhibit A** to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

2. **Confirmation Hearing.** A hearing (the "Confirmation Hearing") to consider the confirmation of the Plan will be held at **11:00 a.m. (prevailing Eastern Time) on Tuesday, April 24, 2018** before the Honorable Kevin Gross, United States Bankruptcy Judge, in Courtroom No. 3 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801. The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.

3. **Voting Record Date.** Only parties who are eligible to vote and hold Claims against the Debtors as of Monday, March 12, 2018 are entitled to vote on the Plan. Solely for the purposes of voting, those who hold a claim that (i) is not identified in the Schedules or is identified in the Schedules as "contingent," "unliquidated," or "disputed," (ii) is not asserted in a Proof of Claim that was filed prior to the Voting Record Date, and (iii) is asserted in a Proof of Claim that was timely filed by April 2, 2018 (a "Post Record Date Claim"), shall be treated as having been filed by the Voting Record Date.

4. **Voting Deadline.** All votes to accept or reject the Plan must be actually received by the Debtors' voting agent, Prime Clerk LLC, by no later than **4:00 p.m. on Friday, April 13, 2018** (the "Voting Deadline"). Any failure to follow the voting instructions included with your ballot may disqualify your ballot and your vote.

5. **Parties in Interest Not Entitled to Vote.** The following holders of Claims and Equity Interests are not entitled to vote on the Plan: (i) holders of unimpaired Claims, (ii) holders of Equity Interests, or (iii) holders of Claims that are the subject of filed objections or requests for estimation. If you have timely filed a proof of Claim and disagree with the Debtors' classification of, objection to, or request for estimation of, your Claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a copy to chambers) a motion (a "Rule 3018(a) Motion") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan.

6. All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (i) service of this notice and (ii) service of notice of an objection or request for estimation, if any, as to such Claim. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's ballot will not be counted except as may be directed by the Bankruptcy Court. Creditors may contact Prime Clerk LLC by telephone at (855) 631-5360 (Toll-Free) or (347) 897-3454 (if calling from outside the US or Canada) or by email at patnatballots@primeclerk.com to receive an appropriate ballot for any Claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

7. **Objections to Confirmation.** Responses and objections, if any, to confirmation of the Plan must (i) be in writing, (ii) state the name and address of the objecting party and the amount and nature of the Claim or Equity Interest of such party, (iii) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be incorporated into the Plan to resolve any such objection or response, (iv) conform to the Bankruptcy Rules and the Local Rules, (v) be filed with the Court (contemporaneously with a proof of service) and served upon the Notice Parties so it is actually received on or before 4:00 p.m. (prevailing Eastern Time) on Friday, April 13, 2018.

IF ANY OBJECTION OR RESPONSE TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE HEARING. REPLIES TO ANY SUCH OBJECTIONS AND RESPONSES MUST BE FILED AND SERVED BY NO LATER THAN FRIDAY, APRIL 20, 2018 AT 4:00 P.M. (PREVAILING EASTERN TIME).

8. **Parties Who Will Not Be Treated as Creditors.** Any holder of a Claim that (i) is scheduled in the Debtors' schedules of assets and liabilities at $0.00, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such Claim for purposes of voting on the Plan.

9. **Release, Injunction and Exculpation Provisions Contained in the Plan.** Article XI of the Plan contains certain release, injunction and exculpation provisions, which are set forth below. You are advised to carefully review and consider the Plan, including the release, injunction and exculpation provision, as your rights may be affected.

Article XI.G.1 of the Plan contains the following release provision by the Debtors: **As of the Effective Date, except for the rights and remedies that remain in effect from and after the Effective Date to enforce this Plan and the Plan Documents, for good and valuable consideration, the adequacy of which is hereby confirmed including, without limitation, the Released Parties' services and assistance to facilitate the reorganization of the Debtors and the implementation of the Restructuring Transactions, and except as otherwise provided in this Plan, the Plan Documents, or in the Confirmation Order, the Released Parties are deemed forever released and discharged by the Debtors, the Reorganized Debtors, the Plan Administrator, the Litigation Trust, the Litigation Trustee and any Person (including the Committee and the First Lien Agents) holding or seeking to exercise the rights of the Debtors' estates, including, without limitation, any successor to the Debtors or any Estate representative appointed or selected pursuant to Bankruptcy Code Section 1123(b)(3), in each case on behalf of itself and its respective successors, assigns, and representatives and any and all other entities that may purport to assert any Cause of Action derivatively, by or through the foregoing Entities (collectively, the "Releasing Parties"), from any and all claims, interests, obligations, suits, judgments, damages, demands, debts, rights, Causes of Action, losses, remedies, or liabilities whatsoever, including any derivative claims, asserted or assertable on behalf of the Releasing Parties, whether known or unknown, foreseen or unforeseen, existing or hereafter arising, in law, equity, or otherwise, that any of the Releasing Parties would have been legally entitled to assert in her, his or its own right (whether individually or collectively) or on behalf of the holder of any Claim or Equity Interest or other entity, based on or relating to, or in any manner arising from, in whole or in part, the Debtors, the Chapter 11 Cases, the First Lien Credit Agreement, the purchase, sale, or rescission of the purchase or sale of any security of the Debtors or the Reorganized Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Equity Interest, the business or contractual arrangements between the Debtors and any Released Party, the restructuring of any Claim or Equity Interest before or during the Chapter 11 Cases, the Restructuring Transactions, the negotiation, formulation, or preparation of the Disclosure Statement, the Restructuring Support Agreement, the DIP Facility, the Restructuring Transactions, the Exit Facility, the New Term Loan Facility, the Litigation Trust Facility, the Reorganized Debtor Governing Documents, or the Plan (other than the rights of the Debtors, the Committee, the Litigation Trust, the Litigation Trustee and the First Lien Agents to enforce the Plan and the contracts, instruments, releases, indentures, and other agreements or documents delivered thereunder), the solicitation of votes with respect to this Plan, or any other act or omission, transaction, agreement, event, or other occurrence, other than claims or Causes of Action arising out of, or related to, any act or omission of a Released Party that is a criminal act or constitutes intentional fraud, gross negligence, or willful misconduct.**

Under the Plan, "Released Parties" means (a) the Debtors' and the Reorganized Debtors' professionals that were retained in the Chapter 11 Cases, including the Debtors' chief restructuring officer, attorneys, financial advisors, investment bankers, consultants, representatives and other professionals, (b) the First Lien Agents, (c) the First Lien Lenders, (d) the DIP Agent, (e) the DIP Lenders, (f) any professionals of the DIP Agent or DIP Lenders, (g) the members of the Committee, but only in their capacity as such, (h) Conway MacKenzie Management Services, LLC, (i) the Debtors' independent director, and (j) with respect to the Persons identified in clauses (b) through (e), their respective directors, officers, principals, shareholders, partners, employees, members, participants, agents, representatives, attorneys, financial advisors, accountants, investment bankers, consultants, representatives, management companies, fund advisors, other professionals, advisory board members, subsidiaries, affiliates, managed accounts or funds, other advisors, predecessors, successors or assigns, in each case in their capacity as such.

Article XI.H of the Plan contains the following Exculpation: **Pursuant to the Plan and to the maximum extent permitted by applicable law, none of the Exculpated Parties shall have or incur any liability to any holder of a Claim, Cause of Action or Equity Interest for any act or omission in connection with, related to or arising out of, the Chapter 11 Cases, the negotiation of any settlement, agreement, contract, instrument, release or document created or entered into in connection with the Plan or in the Chapter 11 Cases (including the DIP Facility, Exit Facility, and Litigation Trust Facility and documents related thereto), the pursuit of confirmation of the Plan, the consummation of the Plan, the preparation and distribution of the Disclosure Statement, the offer, issuance and distribution of any securities issued or to be issued pursuant to the Plan, any other prepetition or postpetition act taken or omitted to be taken in connection with or in contemplation of the restructuring of the Debtors or the administration of the Plan or the property to be distributed under the Plan, except for any act or omission that is determined in a final order to have constituted willful misconduct or gross negligence (collectively, "Exculpated Claims"). Each Exculpated Party shall be entitled to rely upon the advice of counsel concerning his, her or its duties pursuant to, or in connection with, the Plan.**

Under the Plan, "Exculpated Parties" means (a) the Committee and its members (solely in their capacities as such), (b) the Debtors and their current officers, directors, and employees (c) Conway MacKenzie Management Services, LLC, and its current officers and employees (d) the Debtors' chief restructuring officer, (e) the Debtors' independent director, and (f) with respect to the Persons identified in clauses (a) and (b), to the extent retained in the Chapter 11 Cases, their respective financial advisors, attorneys, accountants, investment bankers, consultants, representatives, and all other retained professionals.

Article XI of the Plan contains the following Injunction: **Except as otherwise provided in the Plan or the Confirmation Order, all Entities who have held, hold, or may hold Claims, Equity Interests, Causes of Action, liabilities, obligations, suits, judgments, damages, demands, debts, or rights, including, but not limited to, those that: (1) have been released or exculpated pursuant to Article XI.G and Article XI.H of the Plan; (2) are against an Exculpated Party with respect to Exculpated Claims; or (3) are otherwise stayed, settled, compromised or terminated pursuant to the terms of the Plan, are permanently enjoined and precluded, from and after the Effective Date, from (on account of or in connection with or with respect to any released, settled, compromised, or exculpated Claims, Equity Interests, Causes of Action, liabilities, obligations, suits, judgments, damages, demands, debts, or rights): (a) commencing or continuing in any manner any action or other proceeding of any kind against the Released Parties (solely with respect to the Releasing Parties) or , with respect to Excluded Claims, Exculpated Parties (or the property or estate of any Person, directly or indirectly, so released or exculpated); (b) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against the Released Parties (solely with respect to the Releasing Parties) or, with respect to Exculpated Claims, Exculpated Parties; (c) creating, perfecting, or enforcing any Lien, Claim, or encumbrance of any kind against the Released Parties (solely with respect to the Releasing Parties) or, with respect to Exculpated Claims, Exculpated Parties (or the property or estate of any Person so released or exculpated); (d) asserting any right of setoff or subrogation of any kind against any obligation due from the Released Parties (solely with respect to the Releasing Parties) or, with respect to Exculpated Claims, Exculpated Parties (or the property or estates of the debtors or any Person so released or exculpated) unless such Person has timely asserted such setoff or subrogation right prior to Confirmation in a document filed with the Bankruptcy Court explicitly preserving such setoff or subrogation; and (e) commencing or continuing in any manner any action or other proceeding of any kind against the Released Parties (solely with respect to the Releasing Parties) or, with respect to Exculpated Claims, Exculpated Parties (or the property or estate of any Person so released or exculpated); provided that nothing contained in the Plan shall preclude any Person from receiving or obtaining benefits directly and expressly provided to such Person pursuant to the terms of the Plan; provided, further, that nothing contained in the Plan shall be construed to prevent any Person from defending against Claims Objections or collection actions whether by asserting a right of setoff or otherwise to the extent permitted by law.**

10. **Additional Information.** Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan should contact the Debtors' voting agent, Prime Clerk LLC, by telephone at (855) 631-5360 (Toll-Free) or (347) 897-3454 (if calling from outside the US or Canada) or by email at patnatballots@primeclerk.com, or may view such documents by accessing the Debtors' website: http://cases.primeclerk.com/patnat or the Bankruptcy Court's website www.deb.uscourts.gov. As previously noted above, a PACER (www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Bankruptcy Court's website (http://deb.uscourts.gov). **PRIME CLERK LLC IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

Dated: March 14, 2018, Wilmington, Delaware, PACHULSKI STANG ZIEHL & JONES LLP, /s/ Laura Davis Jones, Laura Davis Jones (DE Bar No. 2436), James E. O'Neill (DE Bar No. 4042), Peter J. Keane (DE Bar No. 5503), 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Telephone: (302) 652-4100, Facsimile: (302) 652-4400, Email: ljones@pszjlaw.com, joneill@pszjlaw.com, pkeane@pszjlaw.com -and- Kathryn A. Coleman, Christopher Gartman, Dustin P. Smith, HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York 10004-1482, Telephone: (212) 837-6000, Facsimile: (212) 422-4726, Email: katie.coleman@hugheshubbard.com, chris.gartman@hugheshubbard.com, dustin.smith@hugheshubbard.com, Attorneys for the Debtors and Debtors in Possession

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376); Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

---

## Legal Notices
*SunSentinel.com/Classified*

### Miscellaneous



PALM BEACH SHERIFF
Available to the public at auction
On 3/20/18 5353 South State Rd 7
Davie Fl 33314 $1000 certified refundable
Deposit required before viewing
View & register on Monday
3/16, 3/17, 3/18, 3/19/2018

ADVERTISEMENT FOR BIDS
DEL PRADO ELEMENTARY SCHOOL INTERIOR RENOVATION & LIGHTING UPGRADE-PHASE 3 AT 7900 DEL PRADO CIRCLE NORTH
BOCA RATON, FL 33433

THORNTON CONSTRUCTION COMPANY, INC.
150 S. PINE ISLAND ROAD, SUITE #200
PLANTATION, FL 33324
PETER SUPPLE
T: 954-526-0160
F: 954-268-1254

Thornton Construction Company, Inc. requests SEALED bids be delivered to the Plantation, FL office for Del Prado Elementary School Interior Renovation & Lighting Upgrade-Phase 3, School District of Palm Beach County Project No. 1741-7105 on or before 2:00 PM on Wednesday, April 11, 2018.

Scope of work consists of interior VCT flooring demolition, new VCT flooring & vinyl base, interior painting, window treatments and lighting upgrades. Drawings and specifications are available through Thornton Construction Company, Inc.

Thornton Construction Company, Inc. is committed to affirmatively ensuring award of construction subcontracts to certified subcontractors & vendors who meet the criteria of the School District of Palm Beach County's Minority/Women Business Enterprises. The established contract goal to be met for M/WBE African American subcontractor participation is 9% of this project.

3/19, 3/26, 4/2/2018

### Real Estate for Rent
*SunSentinel.com/Rentals*



#### Homes-Single Family

**BOCA** - 3/3 + 2 Story, Yard, Pool, Jacuzzi
Pets OK $1695 • Rent or Buy • Lse Option
Free Service • Open 7 Days A Week
FIND-A-HOME • 954 - 477 - 3733

#### Homes-Waterfront

**COCONUT CRK** - 1,2,3 BRs NEAR SHOPS
POOL • PATIO • PETS OK • FROM $1000
Free Service • Open 7 Days A Week
FIND-A-HOME • 954 - 427 - 3733

**DEERFIELD** - 1, 2 & 3 BRs • NEAR SHOPS
POOL • PATIO • PETS OK • FROM $975
Free Service • Open 7 Days A Week
FIND-A-HOME • 954 - 427 - 3733

#### Apartments, Condos Multi-Family

**BOCA** - 1/1 • HUGE LOFT • FIREPLACE
LGE SCREENED PATIO • POOL • PETS OK
Free Service • Open 7 Days A Week
FIND-A-HOME • 561 - 477 - 3733

**BOCA** - 2/2 • NEAR MALL & SHOPPING
LARGE SCREENED PATIO • POOL • $1250
Free Service • Open 7 Days A Week
FIND-A-HOME • 561 - 477 - 3733

**CORAL SPRINGS** - 1,2,3 BR NEAR SHOPS
POOL • PATIO • PETS OK • FROM $975
Free Service • Open 7 Days A Week
FIND-A-HOME • 954 - 427 - 3733

**DEERFIELD** - 2/2 • NEAR BCH & SHOPS
LARGE SCREENED PATIO • POOL • $1150
Free Service • Open 7 Days A Week-
FIND-A-HOME • 954 427-3733

**DELRAY** - 2 BR • NEAR SHOPS • W/D
INCLUDES CABLE & WATER • $1050
Free Service • Open 7 Days A Week
FIND-A-HOME • 561 - 477 - 3733



**DELRAY** - Luxury Gated Lg 1 - 2 Bdrm Fr $725/mo.Tile/Hardwood, Patio & Pool. H20 Incl.,Easy Credit, Lo Dep, Pets OK, Pick up Service, NEVER A FEE !!
DANA LEE RE 561-213-0122

**NEW LISTING**
FORT LAUDERDALE
**Centrally Located**
Water Included
1/1's from $900
2/1's from $1000

Open 7 Days
**954-462-4234**
cooperproperties.com

**MARGATE** - 2/2 • GREAT LOCATION!!
LARGE SCREENED PATIO • POOL • $1225
Free Service • Open 7 Days A Week
FIND-A-HOME • 954 - 427 - 3733

**POMPANO** - 1, 2 & 3 BRs • NEAR BEACH
POOL • PATIO • PETS OK • FROM $1000
Free Service • Open 7 Days A Week
FIND-A-HOME • 954 - 427 - 3733

### Real Estate for Sale
*SunSentinel.com/Classified*



#### Homes-Single Family

**BOCA RATON**
**Town Villas**
Completely remodeled 2BD/2BA/1CG Villa with no expense spared! Granite kitchen with Italian wood cabinetry & Stainless appls! Remodeled baths with floor to ceiling porcelain tile, custom designer vanities & frameless shower! 20x20 tile floors thru-out, Newer A/C system & hot water heater, Accordion hurricane shutters & tiled and screened front porch. Low HOA fees, active clubhouse, heated pool & tennis. Maintenance includes cable, insurance and lawn care.

**Don't Wait! $214,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**

HAVE A MANUFACTURED HOME TO SELL?
CALL CLASSIFIED
1-800-250-2000
to let the power of
Sun Sentinel Classifieds
work for you

---

## Real Estate for Sale
*SunSentinel.com/Classified*

### Homes-Single Family



**BOYNTON BEACH**
**Lakeridge Falls**
Builder's Premium Long Lakeview Lot! Expansive water views from every window! Bright, open & airy 2BD + Den Brentwood model with 2CG, Granite kitchen, custom 42" cabinetry with pull out drawers, 16" x 16" tile flooring, wainscoting, abundance of high hat lighting, built-in entertainment center and large Master suite with wood flooring & huge walk-in closet! 24/7 manned gated security, active clubhouse/entertainment, pool, fitness, tennis, card rooms & billiards!
**$374,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**BOYNTON BEACH**
**Lakeridge Falls**
Designer decorated 3BR Addison II model totally upgraded with no expense spared! Granite kitchen with stainless appliances & Italian honey maple cabinetry with pull-out shelving. Large open floorplan, 18 x 18 diagonally laid tile, designer light fixtures & plantation shutters, custom built-out closets & remodeled baths! Accordion hurricane shutters, oversized screened & tiled patio on large private interior lot! 24/7 manned gated sec, active clubhouse/entertainment, pool, fitness, tennis, card rooms & billiards!
**$354,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**BOYNTON BEACH**
**Valencia Cove**
Rarely available Julia model w/hobby room! Builder's Premium Lakeview Lot! Over $150K in upgrades! Granite Kitchen w/ 42" cabinetry, SS appliances, & center Island! Designer 24" x 24" Tile thru-out, Crown molding, Plantation shutters & Designer lighting. Luxurious Master suite w/ built-out closets, Quartz countertops & frameless shower! Upgraded A/C, extended & pavered driveway, custom landscaping, & impact windows! 39,000 sq-ft Clubhouse, Grand Ballroom, Fitness center, Resort style Pool, Spa, 12 Har-tru Tennis courts, Social hall for shows, Card rooms, Billiards rooms, Art & Craft room and a Café!
**$749,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**BOYNTON BEACH**
**Pine Tree Village**
Updated & Spacious 3BR/2BA/2CG with Granite Kitchen & Stainless Appliances! Newly Painted inside and out, engineered Wood Flooring in living areas, newly installed carpet in bedrooms, new light fixtures and ceiling fans! Granite Baths with 18 x 18 tile. Huge Master suite with his/her walk-in closets, Enclosed Florida Room, Accordion Hurricane shutters and large back yard. Low HOA fees include Comcast and lawn care. Active Clubhouse, heated pool and tennis.
**$299,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**DELRAY**
**VALENCIA RESALES UNDER $300K**
**HOWARD BUCHER**
**561-901-3778**
HUNTINGTON LAKES 2X2 LOW $100K
Coral Lakes 2X2 Under $220K
Signature Realty



**DELRAY BEACH**
**The Bridges**
$200K in Upgrades! Designer decorated. No expense spared! Builder's Premium Lakeview Lot! Granite kitchen w/ 42" upgraded custom cabinetry, center Island, Sub Zero refrigerator & double oven! Master retreat w/ coffer ceiling, French door to covered patio, his & her walk in closets, custom vanity, walk in shower & soaking tub! Wood flooring, Central vacuum, Designer lighting, stone Fireplace & Wet Bar. Upgraded paver patio, electrical awnings, impact windows & back-up Generator! Enjoy Delray's newest & hottest community with incredible amenities! Minutes from Delray Beach Marketplace, Boca Town Center & Downtown Atlantic Ave.
**$899,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**

Have Real Estate for Sale?
Call Classified
1-800-250-2000

---

## Real Estate for Sale
*SunSentinel.com/Classified*

### Homes-Single Family



**DELRAY BEACH**
**Seven Bridges**
Great investment! Priced $65K below market value! Builder's Premium Lakeview Lot! 4 Bedroom + Loft, 4 Bath Somerset model with Granite kitchen, 42" cabinetry, SS appliances, center Island & double oven! Marble flooring, granite wet bar, coffered ceiling, 2nd floor laundry & impact windows & doors. 24/7 manned gated security. Ultimate Luxury Community with Amenities like no other! A rated schools. Opportunity knocks, Motivated Seller!
**$874,500**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**DELRAY BEACH**
**Bridgeview**
Largest Model in Community! Spacious & Bright Corner Unit with lots of windows and natural light. Large eat-in kitchen, expansive dining/living room & enclosed Florida room with garden views. Master offers a sitting room, walk-in closet & en-suite bath w/ dual sinks. Great Location & proximity to downtown Delray, Seasonal events, Beach, Restaurants & Shopping! Active clubhouse, heated swimming pool, tennis, clubs, entertainment & fitness.
**PRICED TO SELL!**
**$120,000**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**DELRAY BEACH**
**Villaggio Reserve**
Rarely available, Designer decorated 3BD/3BA + Den "Palma" Single Family Home on Builder's Premium Oversized Lakeview Lot with over $55K in upgrades! Delray's Newest & Prestigious Active Adult Community! Marble kitchen with center Island, under cabinet lighting & upgraded SS Appls! Master suite overlooking lake, his/hers sinks, Roman tub & frameless spa shower! Diagonally laid 18x18 tile flooring, Custom "Shelf Genie", powered designer window treatments & lighting, upgraded glass front door, garage storage, extended pavered driveway, screened patio & 2CG! 24/7 manned gated security, alarm service, & lawn care included. 38,000 SF Cabana Club, 3 Pools, Spa, Tennis, Bocce ball, Café, Fitness Center, Exercise Room, Arts & Crafts, Billiards & Grand Ballroom/Theatre! SELLER TRANSFER = BUYER GAIN!
**$515,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**



**DELRAY BEACH**
**The Bridges**
Truly One of a Kind! Over $129K in Upgrades! Finest Quality in Workmanship & Materials! Oversized Builder's Premium Lakeview Lot w/ paver patio plus custom enlarged heated saltwater pool. Granite kitchen w/ custom cherry wood cabinetry, stainless appliances, Travertine backsplash & custom Quartz Island. Neutral tile flooring, Crown Molding, Plantation Shutters, Custom Designed Stone Media Wall, built-out closets & custom light fixtures & ceiling fans. Summer Kitchen, Motorized Retractable Screen Enclosure, Professionally Landscaped & fenced backyard and impact windows & doors! Enjoy Delray's newest & hottest community with incredible amenities like no other!
**$759,900**
**Keller Williams Realty**
**Harvey Dubov**
**561-542-7355**

### Condos/Townhomes/ Multi-Family



**BOCA RATON**
**2/2 • ON GOLF COURSE**
"UNCLE ED SAYS THIS IS A HOLE IN ONE" GORGEOUS UNIT • DESIREABLE AREA DON'T MISS OUT ON THIS BEAUTIFUL 2 BR CONDO, HUGE SCREENED PATIO TILE FLOORS THROUGHOUT, UPGRADED BATHROOMS, BRIGHT & SPACIOUS, WALK-IN CLOSETS WITH BUILT-INS, IMPACT GLASS WINDOWS & MORE!! POOL, EXERCISE ROOM & TENNIS
**EXCELLENT VALUE AT ONLY $144,900**
THINKING OF SELLING? CALL US TODAY!
**THE SOMERDIN TEAM**
**477-37331**
SERVING S. FLORIDA FOR OVER 20 YEARS
**FiNd-A-hOmE**
www.findahomerealty.com

**Have real estate for sale?**
CALL CLASSIFIED 1-800-250-2000
to get your listing noticed

**HAVE REAL ESTATE FOR SALE?**
Let the Power of Sun Sentinel Classifieds Sell Your Residential or Commercial Property

• Reach more eyes
• Maximize your advertising budget
• Get started now!

**CALL CLASSIFIED**
**1-800-250-2000**
to get your listing noticed

**SunSentinel**

**Exhibit D**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, March 19, 2018** the following legal advertisement – **PATRIOT NATIONAL, INC. Confirmation Hearing Notice** – was published in the national edition of **USA TODAY**.

Principal Clerk of USA TODAY
March 19, 2018

This 19th day of March month 2018 year.

Robin Sue Purcell
Notary Public
commission expires
31 october 2019

# STATE-BY-STATE
News from across the USA

**ALABAMA Opelika:** Two firefighters were seriously hurt in a training exercise in an abandoned home.

**ALASKA Kodiak:** The Coast Guard will upgrade its C-130 airfleet here by 2020 with newer models that can take off and land on shorter runways.

**ARIZONA Grand Canyon National Park:** The park is taking more stringent water conservation steps due to breaks in the South Rim pipeline.

**ARKANSAS Little Rock:** A study of War Memorial Stadium estimates the 70-year-old venue needs about $17 million in repairs and upgrades.

**CALIFORNIA Sacramento:** The city SPCA is seeking supplies and cash donations to care for 286 rabbits rescued from at a Folsom home.

**COLORADO Colorado Springs:** Firefighters rescued what they thought were eight puppies in a storm drain, only to find out they were red foxes.

**CONNECTICUT Hartford:** State lawmakers are considering whether to penalize illegal parking of non-electric vehicles at EV charging stations.

**DELAWARE Claymont:** The owners of a former refinery will pay $750,000 in fines for equipment changes that risked hazardous gas releases.

**DISTRICT OF COLUMBIA:** More than 40 officers converged on a suburban neighborhood on a report of a townhouse shooting. But police believe the report was likely "swatting" — a fake emergency to draw a SWAT team.

**FLORIDA Palatka:** Officials say two small planes collided on the Palatka Municipal Airport runway when one landed on the other. No one was hurt.

**GEORGIA Atlanta:** People are growing bamboo in their backyards to help feed Zoo Atlanta's four pandas.

**HAWAII Honolulu:** The police chief is defending the reassignment of city police union leaders as a move to put more officers on the streets.

**IDAHO Boise:** Ongoing disagreements over school reading assessments prompted state lawmakers to spike a budget plan for the Superintendent of Public Instruction office.

**ILLINOIS Chicago:** The city is boosting security for summer events at Millennium Park on Lake Michigan.

**INDIANA Indianapolis:** Indianapolis International Airport has added kiosks to move low-risk overseas travelers through customs faster.

**IOWA Burlington:** Two 1940s-era telephone booths are back in place at the Burlington Depot as part of a broader restoration project.

**KANSAS Lawrence:** A freeze on social events by University of Kansas fraternities ended after 4 days.

**KENTUCKY Georgetown:** Winston, the 24-year-old brown gelding minihorse at the Kentucky Derby Museum, retired this month.

**LOUISIANA Hammond:** Authorities allege that former Independence Mayor Michael Ragusa failed to make state retirement system payments for the town's employees.

**MAINE Presque Isle:** HUD is giving $58,000 for housing to Maine's Aroostook Band of Micmacs.

**MARYLAND Baltimore:** An audit shows that the city fire department failed to meet its goals for installing smoke alarms and then retroactively altered the goals.

**MASSACHUSETTS Cambridge:** Six high school students who survived last month's mass shooting in Florida are visiting Harvard University on Tuesday to discuss how students are changing conversations on guns.

**MICHIGAN Cheboygan:** Authorities say sensor-equipped signs in the state's northern Lower Peninsula warn motorists of slippery roads.

**MINNESOTA Grand Rapids:** Citing pollution concerns, landowners and tribal groups want Enbridge Energy to remove an old supply pipeline if it wins approval for a replacement.

**MISSISSIPPI Columbus:** The city school board is taking applications for superintendent through Friday.

**MISSOURI Jefferson:** Lawmakers and health officials are fighting over Bourbon virus data following the death of a state park employee.

**MONTANA Billings:** Park County eighth-grader Aidan Veress has repeated as Treasure State Spelling Bee champion two years in a row.

**NEBRASKA Omaha:** Officials say the state's new academic assessments may eventually reduce the time students spend in state testing.

**NEVADA Reno:** The latest data show the state ranks last in providing affordable rental housing.

**NEW HAMPSHIRE Manchester:** The Diocese of Manchester is holding a prayer service and fundraiser April 5 for hurricane-hit Puerto Rico.

**NEW JERSEY Burlington:** A man faces two counts of homicide in the deaths of a couple from a crash that sent their minivan into a frigid lake.

**NEW MEXICO Carlsbad:** A panel of scientists is studying the viability of storing surplus weapons-grade plutonium in southern New Mexico.

**NEW YORK Albany:** State lawmakers are balking at setting tolls to enter Manhattan's busiest streets.

**NORTH CAROLINA Chapel Hill:** Demographers say 43% of state residents were born in other states.

**NORTH DAKOTA Bismarck:** A study finds a shortage of district judges in North Dakota.

**OHIO Sandusky:** The parent of Cedar Point amusement park is partnering with Bowling Green State University to offer a degree in tourism industry management.

**OKLAHOMA Sand Springs:** Authorities say arson is suspected in grass fires that forced evacuations in northeastern Oklahoma.

**OREGON Oregon City:** Authorities say a Clackamas County judge who was inadvertently locked in her courtroom caused an estimated $3,000 damage trying to break out.

**PENNSYLVANIA Philadelphia:** An exhibit at the city's National Museum of American Jewish History looks at conductor Leonard Bernstein's social activism 100 years after his birth.

**RHODE ISLAND Providence:** The Community College of Rhode Island is holding events to help high school seniors apply for federal student aid.

**SOUTH CAROLINA Adams Run:** A man who told friends he killed someone and the body would never be found is charged with murder.

**SOUTH DAKOTA Warner:** Warner Elementary School purchased 17 ukuleles, thanks in part to Texas fans of former Eagles drummer Don Henley.

**TENNESSEE Memphis:** Mayor Jim Strickland wants the city to commit $6 million toward pre-kindergarten.

**TEXAS San Antonio:** Authorities arrested at least a dozen people in a ritual animal sacrifice probe.

**UTAH Draper:** Nineteen soldiers in the Utah National Guard's 19th Special Forces Group were honored for valor while serving in Afghanistan.

**VERMONT Montpelier:** State wildlife officials are seeking public input on a plan to cut moose hunting permits.

**VIRGINIA Richmond:** Authorities say a small meteorite was stolen from the Science Museum of Virginia.

**WASHINGTON Graham:** Authorities say a Pierce County deputy fatally shot a man trying to get into people's cars, including the deputy's vehicle.

**WEST VIRGINIA Charleston:** A judge granted a temporary restraining order affecting Frontier Communications workers who went on strike March 4.

**WISCONSIN Madison:** A University of Wisconsin Hospital study of trauma patients found that motorcyclists without helmets are twice as likely to get neck injuries than helmet users.

**WYOMING Laramie:** University of Wyoming officials need another $15 million to build a new science facility.

*From staff and wire reports.*

---

# LEGAL MONDAY

For advertising information: 1.800.872.3433  www.marketplace.usatoday.com

[Legal notices regarding bankruptcy proceedings for Patriot National, Inc., et al., Chapter 11, Case No. 18-10189 (KG), in the United States Bankruptcy Court for the District of Delaware — notice of deadline of April 30, 2018 for filing proofs of claim for prepetition claims and 503(b)(9) claims; and notice of approval of disclosure statement, hearing on confirmation of the plan, and voting procedures.]

Visit USA TODAY's web site at www.usatoday.com